UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

BRIAN GUILFORD, as Personal Representative
of the Estate of Deven Guilford,

      Plaintiff,                              Case No. 15-1053
v.                                       Hon. Paul L. Maloney
                                           Mag. Ray Kent

EATON COUNTY and SGT. JONATHON FROST,
in his individual capacity, jointly
and severally,

      Defendants.
_____/

## PLAINTIFF'S SUPPLEMENTAL EXPERT WITNESS LIST

Plaintiffs, through their attorneys CYNTHIA HEENAN, HUGH M. DAVIS and JOHN C. PHILO of CONSTITUTIONAL LITIGATION ASSOCIATES, P.C., hereby submit their Supplemental Expert Witness List as follows:

1.     Ljubisa J. Dragovic, Chief Forensic Pathologist/Medical Examiner, County Service Center Building, 1200 N. Telegraph Rd., # 28 East, Pontiac, MI 48341. Telephone: (248) 858-5097; Fax: (248) 452-9173; email: dragoviclj@oakgov.com. Area of Expertise: Forensic Pathologist/Medical Examiner. Will testify regarding consistency or lack thereof between Frost's description of events and the Plaintiff's injuries and bullet wounds.

                        Respectfully submitted,

                        By:__*/s/Cynthia Heenan*_____
                        Cynthia Heenan (P53664)
                        Hugh M. Davis (P12555)
                        Constitutional Litigation Associates, P.C.
                        450 W Fort St, Ste. 200
                        Detroit, Michigan 48226
                        313-961-2255/fax: 313-922-5130
                        [Heenan@ConLitPC.Com](mailto:Heenan@ConLitPC.Com)

Dated:  8/8/16

## **CERTIFICATE OF SERVICE**

I hereby certify that on 8/8/16, I electronically filed ***Plaintiff's Expert Witness List***, along with this ***Certificate of Service*** with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

- **Hugh M. Davis , Jr**
  Info@ConLitPC.com,Heenan@ConLitPC.com
- **James L. Dyer**
  jdyer@jrsjlaw.com,mvanalstine@jrsjlaw.com
- **James F. Graves**
  jimgraves@sinasdramis.com,jackiecribley@sinasdramis.com,sherrierickson@sinasdramis.com
- **Cynthia Heenan**
  Info@ConLitPC.com
- **Peter W. Peacock**
  ppeacock@plunkettcooney.com,charsen@plunkettcooney.com
- **Stephen Howard Sinas**
  stevesinas@sinasdramis.com,tlgriffes@sinasdramis.com,nancygibson@sinasdramis.com

                        By:__*s/Jillian R. Rosati*__
                        Jillian R. Rosati
                        Constitutional Litigation Associates, P.C.
                        313-961-2255/Fax: 313-922-5130