UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

BRIAN GUILFORD, as Personal Representative
of the Estate of Deven Guilford,　　　　　　　　　　Case No. 15-cv-01053

　　　　　　Plaintiff,　　　　　　　　　　　　　　　Hon. Paul L. Maloney

V

SGT. JONATHON FROST,
in his individual capacity, jointly and severally,

　　　　　　Defendant.
_____/

Hugh M. Davis (P12555)　　　　　　　　　James L. Dyer (P32544)
Cynthia Heenan (P53664)　　　　　　　　Andrew J. Brege (P71474)
Attorneys for Plaintiff　　　　　　　　　　Attorney for Defendant
Constitutional Litigation Associates, P.C.　Johnson, Rosati, Schultz & Joppich, P.C.
450 W. Fort St., Ste. 200　　　　　　　　822 Centennial Way, Ste. 270
Detroit, MI 48226　　　　　　　　　　　Lansing, Michigan 48917
(313) 961-2255/Fax: (313) 922-5130　　　(517) 886-3800
Davis@ConLitPC.Com　　　　　　　　　jdyer@jrsjlaw.com
Heenan@ConLitPC.Com　　　　　　　　abrege@jrsjlaw.com
Info@ConLitPC.com

James F. Graves (P14288)
Stephen Sinas (P71039)
Attorneys for Plaintiff
Sinas Dramis Brake Boughton & McIntyre, P.C.
3380 Pinetree Rd.
Lansing, MI 48911-4207
(517) 394-7500
jimgraves@sinasdramis.com
stevesinas@sinasdramis.com

John C. Philo (P52721)
Maurice & Jane Sugar Law Center For
Economic & Social Justice
4605 Cass Ave.
Detroit, MI 48201-1256
(313) 993-4505
johnphilo1@comcast.net
_____/

**INDEX OF EXHIBITS TO DEFENDANT'S BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

| Exhibit | Description |
| --- | --- |
| Exhibit 1 | Frost body cam video 1 |
| Exhibit 2 | Video body cam 2 |
| Exhibit 3 | Frost deposition transcript |
| Exhibit 4 | MSP Transcript |
| Exhibit 5 | Schlossberg deposition transcript |
| Exhibit 6 | Sovereign citizen's legal updates and training materials |
| Exhibit 7 | Phone video 2 |
| Exhibit 8 | Autopsy Report |
| Exhibit 9 | Schlossberg Report |
| Exhibit 10 | Blievernicht deposition transcript |
| Exhibit 11 | Frost medical records |
| Exhibit 12 | Dr. Markey deposition transcript |
| Exhibit 13 | Excerpt from "What Every Driver Must Know," SOS-133 |
| Exhibit 14 | MSP sound analysis |
| Exhibit 15 | Sgt. Young deposition transcript |
| Exhibit 16 | Dr. George deposition transcript |

Respectfully submitted,

JOHNSON, ROSATI, SCHULTZ & JOPPICH, P.C.

/s/ James L. Dyer_____
James L. Dyer
Attorney for Defendant
822 Centennial Way, Ste. 270
Lansing, MI 48917
(517) 886-3800
P32544

Dated: January 31, 2017