*BRIAN GUILFORD, as Personal Representative of the Estate of Deven Guilford v SGT. JONATHON FROST*

Case No. 15-cv-01053

**DEFENDANT'S BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

**Exhibit 1 - Frost body cam video 1**

**(To be provided by U.S. First-Class Mail)**