*BRIAN GUILFORD, as Personal Representative of the Estate of Deven Guilford v
SGT. JONATHON FROST*

**Case No. 15-cv-01053**

**DEFENDANT'S BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

**Exhibit 6 - Sovereign citizen's legal updates and training materials**

 

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE

# Sovereign Citizen Quick Reference

**Mobile Division**

Sovereign Citizen (SC) activity typically involves criminal behavior that is generally non-violent but may lead to violent encounters with Law Enforcement Officers by the more extremist adherents. Below are some indicators that you have encountered a SC during your normal duties and be a signal that additional precautions be used.

**Initial Indicators of SC noticed during Law Enforcement duties:**
Traffic Stops:
- Unusual license plates
- Refuse to comply with Officers request for drivers license and registration
- Present drivers license with unusual appearance or documents instead of drivers license to include unusual passport or diplomatic credentials
- Present a legitimate drivers license with unusual signature, statements, or letters
  - Examples include "JOHN:DOE", "John.Doe.com", "Authorized Signature", "Without Prejudice UCC 1-208", "Agent", "SLS" (sovereign living soul), "TDC" (threats deception coercion)
- Request Officer fill out forms or papers usually as a form of payment for a ticket or as notice of legal action against the Officer

**When confronted by Law Enforcement (LE) they may:**
- Deny LE authority over them.
- Claim to be a LE, diplomat, tribal, or other specially protected person
- Ask unusual questions related to LE authority
- Begin filming the encounter
- Make a call during the encounter which may be a request for support from other SC associates
- Request officer answer questions to confirm their authority or hand officer a questionnaire (typically this type form is titled "Public Servant Questionnaire")

**Serving warrants:**
- Unusual "No Trespassing" signs that warn or even threaten LE Officers
- Suspect or associated persons may present LE Officers with verbal or written warnings against trespassing
- Make claims that the warrant is incomplete, flawed, or illegal

**Investigating reports of property squatters**
- Person reporting the squatters say the property was recently in foreclosure
- Persons who have tried to confront the squatters report being threatened with legal action or violence
- Notice "Quick Claim Deed" posted in the window of building or on sign near entrance to property

ADVISE YOUR SUPERVISOR, THE ALABAMA FUSION CENTER (866-229-6220), AND FBI MOBILE JTTF (251-438-3674) OF YOUR CONTACT.

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE

## Officer Safety Issues

Sovereign citizens may respond to encounters with law enforcement and government personnel with criminal actions. These actions may include but are not limited to:

- Attacking the officer physically.
- Placing liens against the officer's property.
- Filing harassing court papers and/or lawsuits.
- Filing documents with the Internal Revenue Service claiming to have paid law enforcement officers money (Form 1099 or Form 8300).
- Attempting to have the officer declared involuntarily bankrupt.
- Taking action against the officer in a common law court.
- Indicting officers on criminal charges.
- Issuing an arrest warrant for the officer.

## Best Practices

- Ensure that a second officer or agency representative is present during encounters and interviews.
- Assume that the interview will be recorded.
- Do not allow an individual's unusual behavior to deter what you would normally do in such a situation.
- Do not become distracted by pseudo-legal documents produced by the individual.
- Avoid engaging in a verbal argument or legal debate.
- Avoid arguing politics or beliefs.
- Avoid implying that the individual has a mental illness.
- Be aware that the individual may attempt to question you or read you your rights.
- Be alert for supporters to arrive at the scene.
- Stick with the subject and do not allow the individual to cloud the issue.
- Carefully document the encounter.
- Handle every encounter in accordance with your department's policies.

Additional information about the threats presented by sovereign citizen criminal extremists is available by searching "sovereign citizen" on the following Web sites:

http://www.dhs.gov

http://www.fbi.gov

http://www.rcmp-grc.gc.ca

http://www.rise.net

http://www.slatt.org

http://www.theiacp.org



INTERNATIONAL ASSOCIATION OF CHIEFS OF POLICE
44 Canal Center Plaza, Suite 200
Alexandria, VA 22314
1-800-THE-IACP
www.theiacp.org

Committee on Terrorism



This project was supported by Grant No. 2010-TR-BX-K001 awarded by the Bureau of Justice Assistance, Office of Justice Programs. The opinions, findings, and conclusions or recommendations expressed in this publication are those of the author(s) and do not necessarily reflect the views of the U.S. Department of Justice.

Copyright 2013 Institute for Intergovernmental Research®. All rights reserved.

For permission to make copies or extractions, please contact IIR at Post Office Box 12729, Tallahassee, Florida 32317, (850) 385-0600.

# Law Enforcement Encounters With Sovereign Citizens



Defendants' Answers to Plaintiff First Set of Interr. - Bates Stamp 575

## Introduction



Sovereign citizens believe the government has no authority over individuals. They also believe that they are subject only to common law and/or constitutional law but not bound to obey statutory laws. Sovereign citizens may refer to themselves as "freemen" or "common law citizens." Some adherents may use their self-proclaimed status as sovereigns to justify threats, violence, or crimes, including theft and fraud. Some sovereign citizens have been known to:

- Reject all government licensing, including driver's and vehicle licenses.
- Stop paying all taxes.
- Refuse to follow government laws and regulations.

Sovereign citizens may attempt to convince law enforcement or government officials that their actions and philosophies are legitimate or protected by providing documents explaining their sovereign beliefs and referencing the U.S. Constitution or Bill of Rights.

Law enforcement officers should recognize that claiming to be a sovereign citizen is not a crime and that, in fact, many of the activities of sovereign citizens are legal. However, some sovereign citizen activities violate laws, and past incidents have demonstrated potential officer safety issues. There are indicators that may alert law enforcement officers that an individual is a sovereign citizen.

## Initial Encounters

Some license plates may include unusual terminology, such as:

- "UCC" (plus numbers)
- "Republic of" (state)
- "Diplomat" (without a country)
- "Common law"
- A nonexistent country, such as British West Indies
- A fictitious Native American tribe
- "DOT"

During traffic stops, sovereign citizen adherents may:

- Refuse to lower the window or open it only slightly, with them.
- Refuse to show a driver's license.
- Claim that they do not need a license.
- Indicate that they are freemen "traveling the land."
- State that they are not engaged in business and are not using the vehicle commercially.
- Produce pseudo-legal documents in place of valid vehicle registration documents.

When speaking with law enforcement, sovereign citizens may:

- Refuse to identify themselves or provide only their first name.
- Claim that the officer has no right or authority to speak with them.
- Demand that the officer show his or her "Oath of Office," "Delegation of Authority," or a similar document.
- Claim that they are operating under "God's Law" not "Man's Law."
- Claim that their actions are supported by sections of the Uniform Commercial Code (UCC).
- Claim that they are a diplomat.
- Attempt to read the officer his or her "rights."
- Inform the officer that they intend to bill him or her for taking their time.
- Indicate that their name is "copyrighted" and should not be used.
- Record or videotape the encounter.
- Sign citations or documents with "TDC," "UD," or "Without Prejudice" after their name.

## Property Rights Issues

With respect to property rights and usage, sovereign citizens may:

- Express the belief that they can do whatever they please with their land.
- Claim that their property is an embassy and they are diplomats.
- Claim to have an allodial title giving them exclusive property rights.
- Claim to have a land patent exempting them from use restrictions.
- Post notes on their vehicle or property warning police not to search or enter.



- Talk only to the sheriff (not police or federal officers) but will obey the sheriff only if the sheriff sides with them.
- Refuse to allow officials on their property, including police, inspectors, meter readers, process servers, and similar individuals.
- Post signs warning law enforcement officers not to trespass.
- Threaten to shoot at "trespassers."
- Claim that the warrant or court order is incomplete or does not apply.

## Judicial Proceedings

Sovereign citizens may also refuse to recognize the authority of the courts; however, they may file motions, lawsuits, and liens with the courts.

During court proceedings, sovereign citizens may refuse to:

- Accept the jurisdiction of the court.
- Leave the spectator gallery when their case is called.
- Provide their full name or respond to their full name.

In court proceedings, sovereign citizens may claim that:

- The court is military or corporate in nature.
- The fringe around the court flag suspends constitutional rights.
- They are a diplomat.
- They have filed sovereignty documents.
- The capitalized name in court documents does not refer to them.
- An officer cannot be a complainant.

They may also make unusual requests to the court, such as demanding that court personnel produce their "Oath of Office," "Delegation of Authority," or a similar document of empowerment.



# Law Enforcement Advisory
## *Sovereign Citizens Indicators Card*



Sovereign Citizens, and those adhering to similar ideology, reject all forms of government authority and believe they are immune from federal, state, and local laws. It should be noted that such beliefs are a legal exercise of rights guaranteed under the U.S. Constitution; likewise, some behaviors described below are constitutionally protected activity. However, there are Sovereign Citizen individuals/groups that engage in various criminal activities to fulfill their social and political agendas.  The purpose of this advisory is to provide situational awareness on behaviors and tactics which may be indicative of sovereign citizen criminal activity. Accordingly, we remain interested in any information on these individuals to further evaluate regional or statewide actors and possible threats not identified at this time.

## Behaviors/Identifiers/Tactics:
- May become belligerent, non compliant or verbally abusive.
- In response to a request for license and registration, individual may make odd statements about "contracts" and not having to carry them; may also say they only have to answer to God.
- May present a badge and/or identification purporting to be law enforcement.
- May make anti-government statements or imply government conspiracies.
- May contact associates, who may respond to the traffic stop in an attempt to influence and intimidate law enforcement, may attempt to video or audio tape the encounter.
- May claim to be a member of an indigenous nation/tribe that is not subject to federal, state or local jurisdiction.
- May make claims that he/she has diplomatic immunity.
- May slightly open window and challenge officer's authority to conduct a traffic stop.
- May engage in Sovereign Citizen rhetoric:
  - Citing sections of the Constitution/Bible to allegedly justify unlicensed/unregistered operation.
  - May make references to the Uniform Commercial Code (UCC), which allegedly supports their position.
  - May use terms or initials after the person's name such as:
    - *sui juris* - Latin phrase meaning "of one's own laws"
    - SPC - (Secured Party Creditor)
    - UD - (Under Duress)
    - ERAL - (Expressly Reserving All Liberties).

**Report Suspected Sovereign Citizen Activity to: New York State Intelligence Center
1-866 SAFE NYS (1-866-723-3697)**

*Encounters with Sovereign Citizens often result in attempts to bait law enforcement officers into compromising situations. When involved in one of these encounters, officers should consider immediately notifying their Dispatcher and/or Supervisor*

Sovereign Citizens often carry bogus identification documents on their persons and display fraudulent license plates on their vehicles, or "vessels" as they may refer to them. When encountered by law enforcement, these individuals may also produce documents stating that law enforcement has no authority over them. It is important for law enforcement to be aware of indicators that may be present. Although rare, there is always the potential for violent encounters with sovereign citizen extremists.

## VEHICLE INDICATORS
Anti-government bumper stickers.
Fraudulent registration plates that:
- indicate affiliation with an indigenous nation/tribe;
- indicate some type of diplomatic status;
- contain "Republic of" on the plate;
- contain reference to "UCC" for Uniform Commercial Code.

   

## DOCUMENT INDICATORS
Sovereign Citizens will occasionally produce valid forms of identification, but more often they will produce some type of fraudulent ID which range from crude homemade documents to high quality professional documents.

 

*NOTE - There have been many instances across the country, including New York State, where false liens have been filed against law enforcement officers, judges, prosecutors, etc., after negative encounters with individuals claiming to be sovereign citizens. When a law enforcement officer is involved in an encounter with a sovereign citizen, periodic checks with their county clerk for any liens filed on their personal property is suggested, in addition to running a credit report check.*

**Report Suspected Sovereign Citizen Activity to: New York State Intelligence Center
1-866 SAFE NYS (1-866-723-3697)**

*UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE*



## MARYLAND COORDINATION AND ANALYSIS CENTER
### Intelligence Analysis Division

## Officer Safety Bulletin

Phone: 443.436.8800                                                Fax: 443.436.8825

*15 December 2011*                                                *Number 2011-0438*

# Sovereign Citizens: Traffic Stops

(U//FOUO//LES) This bulletin is intended to raise law enforcement (LE) awareness of the potential threat posed by traffic stops involving some members of the Sovereign Citizens (SC) movement. Nationally, some encounters between LE and SC have led to confrontations that resulted in shootings or LE officer deaths. During traffic stops, SC may use documentation and verbal arguments in support of their beliefs and to create confusion and distract LE. In Maryland, there has been an increase in the number of reported traffic stops involving individuals who are members of, or have leanings toward, the anti-government SC movement. This is consistent with national trends indicating that the SC movement is increasing its overall membership and its presence may be growing in Maryland. The SC movement is comprised of loosely organized groups and individuals who believe that the U.S. Government is illegitimate. Therefore, the SC believe they are not subject to federal, state, and/or local laws, including traffic laws, thus making LE officers vulnerable to SC tactics during traffic stops. In addition to following their agencies' procedures and protocols, LE officers should be alert for the following techniques during traffic stops:

- (U//FOUO//LES) Unusual license plates
- (U//FOUO//LES) Refusal to provide driver's licenses (DL) and registration
- (U//FOUO//LES) Possible fake DL with an unusual appearance and/or signatures - i.e.: "John:Doe," "John.Doe.com," "Authorized Signature," "Without Prejudice UCC 1-208," "Agent," "SLS" (sovereign living soul), "TDC" (threats deception coercion)
- (U//FOUO//LES) Unusual passport or diplomatic credentials
- (U//FOUO//LES) Requests to fill out forms or papers usually as a form of payment for a ticket, or as notice of legal action (against the LE officer)
- (U//FOUO//LES) Denial or questioning of LE authority over them
- (U//FOUO//LES) Claims of being a LE, diplomat, tribal or other specially protected person
- (U//FOUO//LES) Filming of the encounter
- (U//FOUO//LES) Making a phone call during the encounter, which may be a request for support from other SC associates
- (U//FOUO//LES) Handing the LE officer a questionnaire (typically titled "Public Servant Questionnaire")

(U//FOUO) Information, questions and comments regarding this product may be addressed to the MCAC, Threat Branch, at 443-436-7724/7728 or emailed to feedback@mcac-md.gov.

**Intelligence Bulletins are a service of the Maryland Coordination and Analysis Center. The content of this document is FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE. Any request for disclosure of this document or the information contained herein should be referred to: Maryland Coordination and Analysis Center at 443.436.8800.**

*UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE*



*UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE*

# MCAC Customer Satisfaction Survey

Return to:

Maryland Coordination and Analysis Center
7125 Ambassador Rd. Ste 130 Baltimore, Maryland 21244
Fax 443-436-7748 or email to mdwatch@leo.gov

Marking Instruction: Circle the appropriate response
Accordingly

| | |
|---|---|
| 1 | Strongly Agree |
| 2 | Agree |
| 3 | Neither agree nor Disagree |
| 4 | Disagree |
| 5 | Strongly Disagree |
| N/A | Not Applicable |

Dear Customer,

Please take a moment to complete this survey and help evaluate the quality and value of MCAC products. Your response will help us serve you more effectively and efficiently in the future.

Thank you for your cooperation and assistance

Product Title: Sovereign Citizens: Traffic Stops
Product Date: 15 December 2011
Customer name/agency: (Optional)_____

## Quality

1  2  3  4  5   N/A   This product was delivered within established deadlines.

1  2  3  4  5   N/A   The product was timely and relevant to your mission, programs, priorities or initiatives.

1  2  3  4  5   N/A   The product was clear and logical in the presentation of information.

1  2  3  4  5   N/A   The product is reliable i.e., sources well documented and reputable

## Value

1  2  3  4  5   N/A   This product contributed to satisfying intelligence gaps.

1  2  3  4  5   N/A   The product resulted in change in investigative or intelligence priorities.

1  2  3  4  5   N/A   The product resulted in more informed decisions concerning investigative or intelligence initiatives and/or resource allocation.

1  2  3  4  5   N/A   The product identified new information associated with pending matters.

## Comments

_____
_____
_____
_____
_____

**Intelligence Bulletins are a service of the Maryland Coordination and Analysis Center. The content of this document is FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE. Any request for disclosure of this document or the information contained herein should be referred to: Maryland Coordination and Analysis Center at 443.436.8800.**

*UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE*

UNCLASSIFIED//FOR OFFICIAL USE ONLY

Department of Justice
Federal Bureau of Investigation



# WARNING

## TO ALL FEDERAL, STATE, COUNTY AND LOCAL MUNICIPAL ENTITIES AND THEIR AGENTS OR OFFICIALS

# Sovereign Citizen Extremism: A Primer

## Federal Bureau of Investigation
## February 2015



UNCLASSIFIED//FOR OFFICIAL USE ONLY

UNCLASSIFIED//FOR OFFICIAL USE ONLY

# Table of Contents

(U) PART I: IDEOLOGY AND COMMON CLAIMS ................................................................ 3

(U) Introduction ................................................................................................................ 3

(U) Declaring Sovereignty ................................................................................................ 3

(U) Citizenship and Identity ............................................................................................ 4

   (U) Public and Private Spheres ................................................................................... 4

(U) Remedies .................................................................................................................... 5

   (U) Fraudulent Filings ................................................................................................. 5

   (U) Uniform Commercial Code .................................................................................... 6

   (U) Common Law .......................................................................................................... 6

   (U) Frivolous Lawsuits ................................................................................................. 6

   (U) Liens ...................................................................................................................... 7

(U) PART II: IDEOLOGICALLY-DRIVEN CRIMINAL ACTIVITY ......................................... 7

(U) Financial Fraud .......................................................................................................... 7

   (U) Fictitious Financial Instruments ........................................................................... 8

   (U) Redemption Scheme .............................................................................................. 8

   (U) Accepted for Value ................................................................................................ 9

   (U) Electronic Funds Transfer Scheme ....................................................................... 9

(U) Tax Schemes .............................................................................................................. 9

(U) Crimes Against Real Property ................................................................................... 9

   (U) Mortgage and Foreclosure Fraud ....................................................................... 10

(U) Identity Document Fraud ......................................................................................... 11

(U) PART III: RECRUITMENT AND TRAINING .............................................................. 11

(U) County Sheriffs ........................................................................................................ 11

(U) Other Law Enforcement and Military Personnel ..................................................... 11

(U) PART IV: ENCOUNTERS ......................................................................................... 12

(U) Violence ................................................................................................................... 12

(U) Law Enforcement Encounters ................................................................................. 12

(U) Sovereign Citizens in the Courtroom ...................................................................... 12

(U) APPENDIX A: Federal Statutes ............................................................................... 14

UNCLASSIFIED//FOR OFFICIAL USE ONLY

Defendants' Answers to Plaintiff First Set of Interr. - Bates Stamp 582

UNCLASSIFIED//FOR OFFICIAL USE ONLY

# (U) PART I: IDEOLOGY AND COMMON CLAIMS

## (U) Introduction

(U) Sovereign citizen ideology is a belief system that leads adherents to reject their US citizenship and government authority. The ideology is based upon a conspiracy-laden view of the past and interpretation of historical documents fundamental to American history such as the Declaration of Independence, US Constitution, Bill of Rights, Articles of Confederation, various treaties and Supreme Court decisions. This primer identifies basic ideological beliefs and common claims made by sovereign citizens, understanding these differ by individual and change over time. Sovereign citizen claims thus often appear nonsensical, incomplete, and at times, contradictory.

(U) Many assertions made by sovereign citizens today are adopted from the Sheriff's Posse Comitatus, a militant anti-government, anti-tax group active in the 1970s and 1980s, primarily in the west and mid-west sections of the country. Sovereign citizens claim to possess secret "truths" about the US financial system, hidden conspiracies, or knowledge about supposed government-suppressed technologies. They purport special understanding about legal procedure, common law, and the Uniform Commercial Code (UCC). Others may convene special courts, which purport to operate under common law, or file legal documents that appear legitimate. Some claims are drawn from white supremacy, anti-government, or separatist extremist ideologies.

> **(U) What is a sovereign citizen?**
>
> *(U) The term "sovereign citizen" is used mainly by law enforcement; adherents tend to self-identify as sovereign, freemen, flesh-and blood persons, diplomats, indigenous Americans, living beings, etc. Sovereign citizens make up a diverse, nationwide movement, as opposed to comprising a single organized, homogenous group. Because it is not illegal to advocate sovereign beliefs, the FBI does not maintain a count of sovereign citizens. The movement, which has its origins in the United States, has appeared in Canada, the UK, Ireland, Australia, New Zealand, and mainland Europe.*

(U) It is not illegal to advocate sovereign citizen beliefs. Individual indicators of sovereign citizen activity may comprise lawful conduct or non-sovereign citizen criminal activity. No single indicator should be the sole basis for a determination of sovereign citizen activity. The FBI is concerned, however, about individuals who commit crimes in furtherance of the ideology, specifically:



(U) Fraudulent law enforcement badge.

- (U//FOUO) Sovereign citizen **extremists**, who seek to advance their views through force or violence; and

- (U//FOUO) Sovereign citizen **criminals**, who seek to advance their views through non-violent criminal activity.

## (U) Declaring Sovereignty

(U) Sovereign citizen ideology fundamentally rejects the concept of US citizenship. Consequently sovereigns often, but not always, feel compelled to declare their separation from the United States. Declarations of sovereignty commonly include two general statements: what the individual is not (a US citizen), and what he or she claims to be (a "freeman," "human being," "flesh-and blood person," "sovereign," etc.). Sovereign citizens frequently make such

UNCLASSIFIED//FOR OFFICIAL USE ONLY

declarations in writing through various documents filed with various government agencies, such as an "Affidavit of Truth." Regardless of the form in which these declarations are made, they carry no legal authority per Title 8 USC§1481, which outlines the conditions under which one may renounce citizenship. A list of some common documents sovereigns use as part of the declaration process is available in the FBI publication: *Sovereign Citizen Use of Documents to Further Fraudulent Schemes: A Reference Guide*.[a]

**(U) Citizenship and Identity**

(U) Sovereign citizen ideology generally recognizes two categories of citizenship:

- (U) Original state "Citizens" who allegedly existed prior to the Civil War;
- (U) Fictional US "citizens" who are an artificial consequence of the 14th Amendment.

(U) Sovereign citizens prefer original or true state "Citizenship" over fictional US/Federal/14th Amendment citizenship status (the three terms are often used interchangeably) which they view as a form of servitude. Sovereign ideology points to grammatical differences to support assertions that two classes of citizens exist, specifically, that the "C" in "Citizens" is capitalized in Articles I-III of the US Constitution, whereas the word "citizen" appears only lower case in the 14th Amendment. Sovereign ideology posits that US citizens are part of the UNITED STATES OF AMERICA, a corporation controlled by foreign financiers and led by a puppet President and Congress.[b] Further, they claim that the corporation has jurisdiction only in the District of Columbia, US territories and military reservations. Sovereigns claim US "citizens" have no inalienable rights, only privileges granted by—and which can be revoked by—the US Congress.



(U) Some sovereign citizens claim to have a special indigenous heritage that predates the founding of the United States, which renders them immune from government regulatory authority and most laws. They may claim membership in fictitious nations, states, or tribes and attempt to attest the validity of

(U) Moorish sovereign citizen credential.

such associations by presenting official-looking identity documents, licenses, badges, certificates or credentials. Such claims are frequently advanced by Moorish sovereign citizens who have broken away from the original Moorish Science Temple of America (MSTA).

(U) Moorish sovereign citizens claim special status as non-citizen protectees of the US Government due to a Treaty of Friendship between the United States and Morocco (1787, 1836) or through alleged membership in Indian tribes. Not all self-identified Moors are sovereign citizens and not all Moorish sovereigns are engaged in illegal activity. MSTA rejects any connection with the sovereign citizen movement.

*(U) Public and Private Spheres*

(U) Sovereign citizens view the world in terms of opposing halves, sometimes referred to as public and private spheres. The "public" sphere is embodied by the corporate UNITED STATES and concomitant privileges granted to US citizens. In the "private" sphere, however, individuals

---

[a] (U) Contact any FBI Joint Terrorism Task Force (JTTF) for copies of this publication.
[b] (U) Succeeding references to US/federal/14th Amendment citizenship will be identified by the single term US citizen.

UNCLASSIFIED//FOR OFFICIAL USE ONLY

Defendants' Answers to Plaintiff First Set of Interr. - Bates Stamp 584

UNCLASSIFIED//FOR OFFICIAL USE ONLY

enjoy unalienable rights and live free of government intrusion. Sovereign citizens assume most Americans are unaware they have been duped into accepting US citizenship, literally from birth, when the government required unsuspecting parents to apply for birth certificates.

(U) Sovereign citizens believe that as adults these same individuals unwittingly bind themselves to the government further by initiating "adhesion contracts"[c] through driver and marriage licenses, passports, social security cards, naturalization papers, etc. These contracts are believed to keep individuals—who could be free—in a state of virtual slavery. It is for these reasons that newly-declared sovereigns sometimes refuse to carry government-issued identity documents and take certain, definite steps to remove themselves from the public sphere.

> **(U) The Birth Certificate**
>
> *(U) Birth certificates and naturalization papers hold significance in sovereign citizen ideology and sovereigns commonly request original copies of these documents. Adherents claim:*
>
> *(U) 1. Birth certificates and naturalization papers serve as adhesion contracts that bind sovereign people to the US Government;*
>
> *(U) 2. The Federal Government generates revenue by trading these documents on financial markets;*
>
> *(U) 3. These documents are necessary to certify one's sovereignty as a part of the redemption process.*

## (U) Remedies

(U) Sovereign citizen ideology offers a series of remedies for adherents who become mired in debt or run afoul of the government or law enforcement. These promises—which are false—are a major reason for the ideology's broad appeal. These remedies include filing real or made-up documents with government agencies, attempting to misuse the Uniform Commercial Code (UCC), convening common law grand juries, and filing illegitimate, frivolous lawsuits and liens.

### (U) Fraudulent Filings

(U) Sovereign citizens express their intentions and beliefs primarily through documents which, they claim, gain legitimacy upon being filed with a government agency. Filings serve as a first step to certify status, address legal problems, or take on financial challenges. Sovereigns are known for filing voluminous documentation such as affidavits, directives, and forms with government agencies—particularly county recorders and court clerks—in an attempt to overwhelm recipients with dense, pseudo-legal documents written in incomprehensible language.



(U) Sovereign citizens attempt to make bogus documents appear legitimate by obtaining an Apostille certificate[d] or the services of a Notary Public. Both processes authenticate signatures only, but sovereigns use the stamps and certificates to make it appear that a government agency or representative has certified document content.

(U) Sovereigns use stamps to falsely create contractual relationships or attempt to compel the US government to pay debts.

---

[c] (U) An adhesion contract is a standard-form contract prepared by one party, to be signed by the party in a weaker position, usually a consumer, who has little choice about the terms. Source: *Blacks' Law Dictionary.*

[d] (U) Apostille certificates are issued by officials at the state level to authenticate the filing and signatures of documents for use in foreign countries. Apostilles do not certify the validity or veracity of the contents of the document.

Defendants' Answers to Plaintiff First Set of Interr. - Bates Stamp 585

UNCLASSIFIED//FOR OFFICIAL USE ONLY

*(U) Uniform Commercial Code*

(U) Sovereigns view the Uniform Commercial Code (UCC) as a remedy for "free" people who seek to "engage in commerce" with US citizens and government agencies. The UCC is a uniform law that governs commercial transactions, including sales of goods, secured transactions, and negotiable instruments. It has been adopted in some form by every state. Sovereign citizens look to the Code as a sort of bridge between the private and public spheres that protects the sovereignty of free people. For this reason sovereigns include UCC references—most commonly UCC 1-308 or the earlier 1-207—on documents, or annotate UCC references to forms, bills, and traffic citations.

**(U) Uniform Commercial Code**

**(U) § 1-308.Performance or Acceptance Under Reservation of Rights**

*(U) (a) A party that with explicit reservation of rights performs or promises performance or assents to performance in a manner demanded or offered by the other party does not thereby prejudice the rights reserved. Such words as "without prejudice," "under protest," or the like are sufficient.*

*(U) Common Law*

(U) Sovereigns look to what they refer to as "common law" to remedy the legal problems they inevitably encounter. Common law is a body of law derived from judicial decisions rather than from statutes or constitutions. It is historically part of both the British and American legal traditions.

(U) Sovereign citizens interpret common law as an alternative legal remedy based on the concept of a jury of peers, which can bypass legitimate legal processes. As a result, they may convene special "common law courts" or "grand juries," which hear "cases" and render decisions. Although these bodies claim legitimacy, such actions lack real legal standing or force of law.

(U) Sovereigns conduct court business in homes, restaurants, public libraries, and in at least one instance, a senior center. They hear complaints regarding civil and criminal matters ranging from child custody to mortgage delinquency to zoning. They dismiss traffic tickets and reconsider decisions already resolved by legitimate courts. They may attempt to call public officials to testify, or issue punitive writs, true bills, fines, indictments, and—rarely—arrest warrants. It is unusual for common law courts to enforce their decisions but some will issue threatening letters urging compliance or attempt to compel the county sheriff or US Marshals Service to act on their behalf.

*(U) Frivolous Lawsuits*

(U) It is not illegal for sovereign citizens or other individuals to file lawsuits, but sovereign citizens turn to frivolous lawsuits as a remedy to prevent police, corrections officers, court personnel, and other government officials from performing official duties. Frivolous lawsuits are identifiable because they contain sovereign language and baseless arguments—such as the plaintiff is not a US citizen (because he or she is sovereign), or the court has no jurisdiction over a sovereign individual. Sovereign citizens sometimes sue public officials for abuse of power under "color of law," a process they may refer to as "Title 42 lawsuits."[e] A third tactic involves filing financial documents against a judge as a means to force his or her recusal, by falsely attempting to demonstrate a financial interest in the outcome of a case.

---

[e](U) 42 USC § 1983 Civil Action for Deprivation of Rights.

UNCLASSIFIED//FOR OFFICIAL USE ONLY

UNCLASSIFIED//FOR OFFICIAL USE ONLY

(U) Sovereign citizen criminals sometimes file certain forms to trigger investigations of persons engaged in legitimate legal actions such as police officers, court, or government officials. These include IRS Form 8300, which reports additional untaxed income to the IRS, and FinCEN Currency Transaction (CTR) and Suspicious Activity (SAR) Reports, which document notable financial transactions. The abuse of official forms is detailed in the FBI publication *Sovereign Citizen Use of Documents to Further Fraudulent Schemes: A Reference Guide*.

*(U) Liens*

(U) A lien secures an interest in real or personal property. Sovereign citizens file fraudulent liens as part of the redemption process, but also view liens as a form of ultimate remedy against perceived enemies, by targeting their assets.

(U) Whether a lien generates a financial repercussion depends on the type of lien and state in which it is filed. As debtors are not automatically notified, they may not be aware of their target status until they attempt to obtain credit. The process for removing or voiding liens varies by state.

> **(U) Retaliating against a Federal judge or Federal law enforcement officer by false claim or slander of title (18 USC §1521)**
>
> *(U) Whoever files, attempts to file, or conspires to file, in any public record or in any private record which is generally available to the public, any false lien or encumbrance against the real or personal property of an individual described in section 1114, on account of the performance of official duties by that individual, knowing or having reason to know that such lien or encumbrance is false or contains any materially false, fictitious, or fraudulent statement or representation, shall be fined under this title or imprisoned for not more than 10 years, or both. (Added Pub. L. 110–177, title II, §201(a), Jan. 7, 2008, 121 Stat. 2535.)*

(U) Individuals who file frivolous liens against federal law enforcement, including federal court personnel, are subject to prosecution under Title 18 USC §1521. For a list of Federal Statues see Appendix A.

(U) State and local officials are protected under an increasing number of state-specific statutes regarding liens and UCC filings. For a comprehensive guide of state efforts regarding fraudulent UCC filings, see *State Strategies to Subvert Fraudulent Uniform Commercial Code UCC Filings*, National Association of Secretaries of State, April 2014.

(U) Fraudulent 100 billion dollar bond.

# (U) PART II: IDEOLOGICALLY-DRIVEN CRIMINAL ACTIVITY

## (U) Financial Fraud

(U) A core tenet of sovereign citizen ideology is that "free" people are not responsible for debts accrued while in US citizen status, a likely reason many find the belief system attractive. Sovereign citizen frauds range from issuing fictional checks, minting currency, and, most often, engaging in various debt elimination schemes.

UNCLASSIFIED//FOR OFFICIAL USE ONLY

(U) Self-proclaimed experts in the debt-related aspects of the ideology frequently hold instructional seminars. These fee-based proceedings target debtors, most recently individuals facing the effects of financial judgments, bankruptcy, or foreclosure. Seminar leaders provide guidance and learning materials, including books, forms, and electronic resources in an environment that appears legitimate, such as a hotel conference center. At the conclusion they may offer – for a fee – to sell access to internet resources and consultant services.

*(U) Fictitious Financial Instruments*

(U) Sovereign citizens sometimes attempt to pay debts with phony bonds, false "bills of exchange," promissory notes, checks, warrants or other fictitious financial instruments. These documents are recognizable in that they often contain odd notations, such as the same name spelled in both regular case and all capital letters, serial numbers that resemble social security numbers, phony routing numbers, out-of-place language such as the phrase "without prejudice," and references to the UCC. These documents are sometimes produced on high-quality paper to give the appearance of legal tender when they are, in reality, worthless and possibly illegal.

*(U) Redemption Scheme*

(U) Redemption is the effort to gain control (literally to redeem) the contents of a supposed secret bank account containing $1 million or more with a goal of using account funds to discharge debts including mortgages, student, personal, or automobile loans, utility bills, etc. It is also popular among incarcerated sovereigns who seek to "monetize" their sentences and then discharge the debt.

**(U) What is a strawman?**

*(U) According to sovereign ideology, when an individual is born or naturalized, the US Government creates a fictitious identity—a strawman—in their name. The strawman is easily distinguished from the "real" person in that its name is spelled in all capital letters.*

*(U) Sovereign citizens claim documents issued by government entities (letters, licenses, bills, legal documents), in which the name is spelled in all capital letters, refer to the strawman.*

(U) The redemption concept emerged in the late 1990s. It is based on an older conspiratorial belief that the corporate entity known to sovereign citizens as the UNITED STATES OF AMERICA fell into bankruptcy during the Great Depression. Although the US Government never declared bankruptcy, according to the belief, in order to continue operations during the crisis, the bankrupt US Government was forced to borrow funds from foreign investors and lacking other assets, it offered its citizens—US citizens—as collateral. Currently, the US Treasury deposits these borrowed funds into special "Treasury Direct Accounts," which it opens for every US citizen upon receipt of a birth certificate. Sovereigns refer to the account holder as a "strawman," who holds a "strawman account."

(U) Redemption involves taking control of the strawman account. The process one undergoes to do this varies by individual; however there are some essential steps:

- (U) The sovereign citizen files a UCC Financing Statement (Form 1) against the strawman in order to establish a first lien position against the strawman's assets.

(U) The individual mails the following documents to the US Treasury Department:

- (U) A birth certificate or naturalization papers, which indicates the individual has severed any obligations with the US Government;

8

UNCLASSIFIED//FOR OFFICIAL USE ONLY

UNCLASSIFIED//FOR OFFICIAL USE ONLY

- (U) An affidavit to serve as the individual's declaration of sovereignty;
- (U) IRS Form 56 or specific instructions directing the Treasury Secretary to act in a fiduciary capacity;
- (U) Copies of various bills or other financial obligations with instructions for the Treasury to pay the obligations with funds from the (fictitious) strawman account.

*(U) Accepted for Value*

(U) Some sovereign citizens annotate bills, traffic tickets, or other official documents with the phrase Accepted for Value (A4V), printed at a 45 degree angle, often in red ink. A4V means the recipient interprets the document as an offer by a creditor to engage in commerce with a free person who retains his or her rights. An A4V reference is a hallmark of the redemption scheme.

*(U) Electronic Funds Transfer (EFT) Scheme*

(U) The Electronic Funds Transfer (EFT) scheme is designed to trick creditors into accepting payment through fraudulent checks written from closed or zero-balance accounts. The checks contain simple, specific language derived from the UCC. Scheme proponents claim this language requires the US Government to set off or discharge the debt from funds it has already reserved to service consumer debt.

- (U) Memo line: "EFT Only for Discharge of Debt" and "Not for Deposit for EFT Only for Discharge of Debt."
- (U) Reverse: "Do Not Deposit; EFT Only; For Discharge of Debt" or "Authorized Representative without Recourse."

**(U) Tax Schemes**

(U) Sovereign citizens consistently deny responsibility for paying taxes. Past schemes have involved 1099-OID fraud, in which the filer indicates he/she paid too much tax and is due a large return, or 1040 fraud, in which the filer provides false income information, but many sovereigns simply choose not to file. Sovereign ideology provides numerous justifications for such anti-tax beliefs including:

- (U) Only US citizens are responsible for taxes;
- (U) The strawman is responsible for tax obligations;
- (U) The 16th Amendment to the Constitution was not properly ratified;[f]
- (U) There is no law mandating payment of taxes.

(U) These arguments persist even after having been repeatedly deemed frivolous by the courts. Investigation of possible federal tax violations are handled by the IRS Criminal Investigative Division and prosecuted by the Tax Division of the US Department of Justice.

**(U) Crimes Against Real Property**

(U) Sovereign citizen ideology lays claim to sovereign, indigenous, and common law rights of ownership to real property, such as declarations that individuals—but not corporations—can own real estate. Sovereign citizen property crimes range from acts of squatting and false or forged claims of ownership to fraudulent mortgage elimination and foreclosure rescue schemes.

---

[f](U) This argument is presented in the two volume treatise *The Law that Never Was* (1985) that examines the ratification procedure for each state in regard to the 16th Amendment.

UNCLASSIFIED//FOR OFFICIAL USE ONLY

(U) Sovereign citizen property crimes defraud and victimize property owners as well as unwitting buyers or tenants caught up in real estate and mortgage schemes. Losses can include property damage, loss of property access, sales, mortgage or rental income, and court, legal, and law enforcement costs.

*(U) Mortgage and Foreclosure Fraud*

(U) While some sovereign citizens take physical possession of properties through squatting, others rely on fraudulent mortgage elimination or foreclosure rescue schemes to acquire the rights to property. Mortgage elimination schemes involve the filing of fictitious paperwork by sovereign citizens or illegitimate limited liability corporations (LLCs), that claims to eliminate a legitimate mortgage. Sometimes homeowners stop making payments altogether or make payments directly to the perpetrator, who pockets the cash. In a foreclosure rescue scenario, sovereign citizen criminals claim the ability to remove properties from the public sphere through trusts or other means. Such schemes generally involve transferring the property to the sovereign entity. Ultimately such schemes fail, resulting in foreclosure. Common fraudulent real property schemes include the following:

- (U) Adverse Possession Claims
(U) Adverse possession is a process to claim title to property on the basis of long term occupancy and maintenance. Sovereign citizens claim adverse possession by filing affidavits or liens against the property. Such actions almost never follow state procedures and reference adverse possession in name only. A perception exists, however, that the process is a valid, if well-kept secret.

- (U) Allodial Title Claim
(U) Sovereign citizens claim allodial or "ancient" rights to possess real property through an affidavit that also purports to eliminate current encumbrances and future liabilities. For example, a self-proclaimed sovereign citizen "Indian" tribe may claim title to millions of acres of land solely on the claim that their ancestors settled the area before the establishment of state or federal government.

- (U) Land Patent Fraud
(U) A land patent records the transfer of property from an original owner, such as a regent or government. Sovereign citizens sometimes file documents purporting to "update" original land patents so that the conveyance appears to take place directly from the original owner to current (sovereign citizen) owner. Consequently, the sovereign citizen claims the patent eliminates mortgages, back taxes, and other encumbrances.

- (U) Quiet Title Schemes
(U) Quiet title is a legal action taken to clear a defective property claim or title. Sovereign citizens attempt to leverage this process by fraudulently challenging the owner's right to title, often through a classified advertisement in a local newspaper that demands the owner produce original lien documents.

- (U) Quitclaim Fraud
(U) A quitclaim deed passes interest a grantor may have in real property without the promise of valid title. Sovereign citizens use quitclaim deeds illicitly in two ways: filing forged deed documents to illegitimately acquire title to a property and filing legitimate quitclaim documents as part of a scheme to fraudulently transfer mortgage debt and cloud ownership.

UNCLASSIFIED//FOR OFFICIAL USE ONLY

UNCLASSIFIED//FOR OFFICIAL USE ONLY

### (U) Identity Document Fraud

(U) Sovereign citizens destroy, discard, or stop using official government-issued identification to avoid unwitting adhesion contracts with institutions they no longer recognize. When asked to present official identification, these individuals will often claim to have none, or may present documents of their own design and function, such as badges, credentials, identity cards, passports, or right-to-travel documents, etc. These documents range from simple to complex, and may contain realistic looking seals or emblems or even holographic images.



(U) Fraudulent sovereign citizen license plate.

(U) Sovereign citizens occasionally affix fraudulent license plates to vehicles. These may appear to have been sanctioned by unfamiliar republics, tribes, or groups, or may claim diplomatic affiliation. They may reference court cases or the UCC. Some sovereigns affix Department of Transportation (DOT) numbers to their vehicles in lieu of state-issued license plates.

## (U) PART III: RECRUITMENT AND TRAINING

### (U) County Sheriffs

(U) Sheriffs are a top priority for recruitment to sovereign citizen ideology. Extremists draw from the earlier Posse Comitatus tradition that sheriffs hold extraordinary powers due to the fact that elected officials are accountable to the electorate. This is one reason why some sovereign citizens refuse to recognize the authority of unelected local, state, or federal law enforcement officials. Sovereigns may seek out sheriffs to deliver legal notices, participate in common law court proceedings, attend seminars, meetings or otherwise show support.

(U) In practical terms, sovereigns' regard for individual sheriffs breaks down when sheriffs refuse sovereigns' overtures or appear to act against them. On occasion, some sheriffs have been threatened, targeted by common law courts, or been the recipients of vindictive liens.

### (U) Other Law Enforcement and Military Personnel

(U) Some sovereign citizens view the military with suspicion and claim that military installations are actually staging areas for foreign invasion forces, or that military leaders are behind secret experiments to contaminate the environment with chemicals dispersed from commercial aircraft.

(U) Despite strong anti-government sentiments, they may seek out military personnel in hope of benefiting from their leadership and tactical skills for protection against perceived threats or actions by the government. For example, some sovereigns believe certain authorities, such as the Provost Marshal, will intercede on their behalf during arrest or prosecution by municipal authorities. Others hope that potentially willing military personnel will teach or provide self-defense or combat skills to those in the movement.

(U) Sovereign citizens claim de facto recognition from military authorities by sending affidavits or other documents in the mail, or by presenting sovereign identity documents to facility personnel.

UNCLASSIFIED//FOR OFFICIAL USE ONLY

# (U) PART IV: ENCOUNTERS

## (U) Violence

(U) Sovereign citizen ideology does not openly advocate violence; however extremists can choose to interpret their status as sufficient to justify force or violence. According to FBI information, the majority of violent incidents are unplanned and reactive, taking place primarily during traffic stops or during a law enforcement action at a residence.



(U) Sovereign citizens killed two South Carolina law enforcement officers in December 2003.

## (U) Law Enforcement Encounters

(U) Sovereign citizens are characteristically argumentative and uncooperative during traffic stops. They may present odd-looking identification from non-existent states or republics, or claim jurisdictional or diplomatic immunity due to their citizenship status. They may attempt to debate with police officers about "traveling" versus "driving," or claim they were engaged in a private, non-commercial activity, or that they prefer not to engage in a contractual relationship with the officer. They may quote arcane court decisions as a means to support these opinions or they may ask officers for a copy of their oath of office or request they complete a lengthy questionnaire. Sovereigns sometimes call 911 and request assistance from the sheriff or even military police. They sometimes film encounters or call associates to act in a "witness" capacity. These types of responses are ideologically-based and occur in an effort to confuse or intimidate officials.

(U) When it is apparent such delay tactics have failed, some individuals become confrontational. Although physical altercations and violence are rare, during the period 2002-2014 there were seven incidents involving sovereign citizens and traffic stops in which the subject discharged a weapon or an officer was injured or killed. Upon arrest, sovereign citizens may claim to have been kidnapped and may subsequently mail documentation detailing enormous fines and fictitious charges against arresting officers.

## (U) Sovereign Citizens in the Courtroom

(U) Sovereign citizens have been known to aggressively disrupt courtroom proceedings, reasoning that as non-US citizens such legal actions fail to apply to them, while simultaneously acknowledging that proceedings might apply to their 'straw' identities. This is done to sow confusion and doubt – with an ultimate goal of delaying legitimate legal processes.

(U) Common sovereign citizen courtroom tactics include failure to answer to true names and refusing to stand or face the judge. Sovereigns may challenge the authority of the proceedings by claiming that as "flesh-and-blood" or sovereign entities they exist beyond the jurisdiction of the court. Or they may point to the presence of yellow fringe on any United States flag on display as evidence that the court's powers are limited to maritime jurisdictions only.



A yellow fringe is not authorized on a Title 4: U.S.A.: Codes: Chapter: 1: Sec.: 1&2 flag. It is a mutilation (Sec.:3).

Gold Tassel Admiralty

This Flag, with yellow fringe, represents No nation and No constitution.

(U) Sovereigns claim a US flag with yellow fringe represents maritime law.

UNCLASSIFIED//FOR OFFICIAL USE ONLY

Defendants' Answers to Plaintiff First Set of Interr. - Bates Stamp 592

UNCLASSIFIED//FOR OFFICIAL USE ONLY

(U) Indicators of sovereign citizens in the courtroom include:

- (U) Refusing legal representation by claiming that attorneys are un-versed in the law and therefore demanding the right of self-representation.

- (U) Frivolous attempts by the individual to apply the Uniform Commercial Code to his or her situation.

- (U) Speaking about themselves in the third person, or attempting to explain that they speak only to represent the strawman, who has no voice, but whose name appears—in capital letters—on the indictment or other official paperwork.

- (U) Utilizing frivolous or nonsensical language or arguments, quoting arcane court decisions or making seemingly out-of-place references to fundamental documents such as the Magna Carta or Declaration of Independence.

(U) Contact by a sovereign citizen often begins with documents mailed to the court, which attempt to challenge the legitimacy of charges or proceedings. Mailings may include implicit threats of fines or other actions, including lawsuits, if proceedings are not terminated.

(U) Although instances of violence by sovereign citizens in the courtroom are rare, they sometimes attempt to intimidate court personnel by photographing or recording proceedings in an aggressive manner, by shouting at or questioning court personnel in an menacing manner, or by arriving at court with large numbers of supporters who engage in similar disruptive activities. These actions may result in additional charges such as contempt of court, or physical ejection from the courtroom.



UNCLASSIFIED//FOR OFFICIAL USE ONLY

## APPENDIX A – FEDERAL STATUTES

(U) The following statutes have been used to prosecute sovereign citizen criminals and extremists.

18 USC § 2 (Aiding and abetting)

18 USC § 111 (Assaulting federal officer)

18 USC § 115 (Threats against a federal official)

18 USC § 119 (Criminal Offense for making publicly available "restricted personal information" on a "covered individual" with intent to threaten, intimidate or incite a crime of violence)

18 USC § 371 (Conspiracy)

18 USC § 372 (Conspiracy to impede or injure an officer)

18 USC § 373 (Solicitation to commit a crime of violence)

18 USC § 485 (Similitude to US currency)

18 USC § 486 (Uttering gold and silver coins)

18 USC § 513 (Securities of the state and private entities)

18 USC § 514 (Fictitious obligations)

18 USC § 713 (Use of likeness of the great seal of the United States)

18 USC § 876 (Mailing threatening communication with intent to extort)

18 USC § 912 (False personation of an officer)

18 USC § 915 (False personation of a diplomat)

18 USC § 924 (Carrying & possession of a firearm in connection with a crime of violence)

18 USC § 1017 (Government seal/instruments wrongfully used)

18 USC § 1028 (Fraud and related activity in connection with identification documents, authentication features and information)

18 USC § 1117 (Conspiracy to commit murder)

18 USC § 1341 (Mail fraud)

18 USC § 1343 (Wire fraud)

18 USC § 1344 (Bank fraud)

18 USC § 1521 (Retaliating against a Federal judge or Federal law enforcement officer by false claim or slander of title)

18 USC § 1956 (Money laundering)

18 USC § 1957 (Engaging in monetary transactions in property derived from specified unlawful activity)

18 USC § 2261 (Interstate stalking)

18 USC § 2385 (Felonious police killings)

26 USC § 53 (Machine guns, destructive devices and certain other firearms)

26 USC § 5812 (Illegal transfer of a weapon)

26 USC § 5845 (Possession of a silencer)

26 USC § 5861 (NFA violations)

26 USC § 7201 (Attempt to evade or defeat tax)

26 USC § 7202 (Willful failure to collect or pay over tax)

26 USC § 7206 (Filing false returns)

26 USC § 7212 (Obstructing IRS)

49 USC § 46314 (Entering Aircraft or airport area in violation of security requirements)

UNCLASSIFIED//FOR OFFICIAL USE ONLY

Defendants' Answers to Plaintiff First Set of Interr. - Bates Stamp 594

UNCLASSIFIED//FOR OFFICIAL USE ONLY

Defendants' Answers to Plaintiff First Set of Interr. - Bates Stamp 595

UNCLASSIFIED//FOR OFFICIAL USE ONLY

UNCLASSIFIED//FOR OFFICIAL USE ONLY

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE

# Assessment

(U) Assessment of the Sovereign Citizen Extremist Movement

*22 October 2013*

IA-0016-14


Homeland
Security

*Office of Intelligence and Analysis*

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE



## (U)  Assessment of the Sovereign Citizen Extremist Movement

**22 October 2013**

*(U//FOUO)  Prepared by the Office of Intelligence and Analysis (I&A), Homeland Counterterrorism Division, Homegrown Violent Extremism Branch.  Coordinated with FBI Domestic Terrorism Analysis Unit and Domestic Terrorism Operations Unit.*

## (U)  Scope

(U//FOUO)  This Assessment is a national-level overview of violence committed by sovereign citizen extremists in the United States from January 2012 to September 2013.* It includes information on groups and individuals who do not facilitate or commit violent acts only to the extent necessary to provide sufficient foundational information for a full understanding of violent sovereign citizen extremists.  Sovereign citizen extremists differ from the larger non-violent sovereign citizen movement in their belief that the use or facilitation of violence is necessary to defend against what they perceive to be an illegitimate government, its law enforcement, and its government officials.  This information provides awareness of the threat to federal, state, local, tribal, and territorial law enforcement and first responders with responsibilities related to homeland security. This Assessment intends to assist in the deterrence, prevention, preemption, or response to terrorist attacks in the United States.

---

* (U//FOUO)  DHS defines sovereign citizen extremists as groups or individuals who facilitate or engage in acts of violence directed at public officials, financial institutions, and government facilities in support of their belief that the legitimacy of US citizenship should be rejected; almost all forms of established government, authority, and institutions are illegitimate; and that they are immune from federal, state, and local laws.

(U)  **LAW ENFORCEMENT SENSITIVE:** The information marked (U//LES) in this document is the property of the FBI and DHS and may be distributed within the Federal Government (and its contractors), US intelligence, law enforcement, public safety or protection officials, and individuals with a need to know.  Distribution beyond these entities without the FBI and DHS authorization is prohibited.  Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access.  Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency.  Recipients are prohibited from subsequently posting the information marked LES on a website on an unclassified network.

(U) **Warning:** This document contains UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO) information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552).  It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public, the media, or other personnel who do not have a valid need to know without prior approval of an authorized DHS official.  State and local homeland security officials may not share this document with critical infrastructure and key resource personnel or private sector officials without further approval from DHS.

(U)  This product contains US person information that has been deemed necessary for the intended recipient to understand, assess, or act on the information provided.  It has been highlighted in this document with the label USPER and should be handled in accordance with the recipient's intelligence oversight and/or information handling procedures.  Other US person information has been minimized.  Should you require the minimized US person information, please contact the I&A Production Branch at IA.PM@nq.dhs.gov, IA.PM@dhs.sgov.gov, or IA.PM@dhs.ic.gov.

Defendants' Answers to Plaintiff First Set of Interr. - Bates Stamp 598

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE

## (U)  Sovereign Citizen Extremist Threat Sporadic

(U//FOUO) DHS judges with high confidence that sovereign citizen extremist violence will continue to be sporadic and remain primarily focused against law enforcement, based on our review of law enforcement and open source reporting incidents over the last 18 months.  We assess sovereign citizen extremists throughout this year will primarily engage in violent criminal acts that include weapons violations, assaults, and threats of violence against law enforcement officers.  We cannot, however, discount the possibility of a police officer being killed by a sovereign citizen extremist during 2014, since sovereign citizen extremist violence is typically unpredictable and often results from seemingly minor law enforcement encounters that escalate to violence.  In addition, at least one active plot to murder law enforcement officers was foiled during 2013.  Their rejection of almost all forms of established government authority and institutions, combined with the willingness and capability to use lethal force, continue to make sovereign citizen extremists a threat to the safety of law enforcement officers.

## (U)  Routine Encounters Turn Unexpectedly Violent

(U//FOUO) Some sovereign citizen extremists possess weapons—in some cases lawfully—and occasionally use them in encounters with law enforcement.  DHS assesses that the greatest potential for violence is during routine enforcement actions, including traffic stops and service of legal process notices at residences.

» (U//FOUO) An alleged sovereign citizen extremist in July 2013 was arrested in a Tennessee parking lot after pointing a gun with laser scope at police officers.  The individual refused to holster his weapon and obey police commands, instead declaring himself a sovereign citizen.  He was eventually subdued by a taser.  A wallet and badge with a "special police" logo were discovered after a search of the subject's vehicle.  Law enforcement was originally called to the scene through citizen reports of an individual with a weapon.  The subject was charged with aggravated assault with a deadly weapon, criminal impersonation of a police officer, trespassing, and resisting police with a deadly weapon.

» (U//LES)  In March 2013, Florida law enforcement officers, who were attempting to serve felony warrants, shot and killed a self-identified sovereign citizen at his residence after he barricaded himself inside, made numerous statements declaring his sovereignty, and threatened officers with a handgun.

(U//FOUO) Most violent encounters with sovereign citizen extremists during this assessment period were spontaneous and escalated from seemingly minor and routine traffic stops.  Since 2012, there was one fatal attack on law enforcement officers in the United States involving sovereign citizen extremists.

» (U//LES)  On the morning of 16 August 2012, a sovereign citizen extremist father and his son—reasonably believed by law enforcement to be a sovereign citizen extremist—were stopped by a St. John Parish Sheriff's deputy for a traffic violation in Louisiana.  The father refused to produce identification and, while fleeing the scene, the son allegedly shot and wounded a deputy with an AK-47 assault rifle.  Later that day, police officers located the suspects at a residence in a mobile home park.  The son emerged from the home and allegedly started

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE

shooting, killing two deputies and wounding two others. The father was charged as principal to attempted first-degree murder. The son was charged with capital murder.

» (U//LES) One individual reasonably believed by law enforcement to be a sovereign citizen extremist and another individual were arrested in August 2013. Arizona law enforcement officers had stopped the individuals for erratic driving. According to police reports, officers discovered 7 complete improvised explosive devices, bomb components, 159 rounds of ammunition, a fully loaded AK-47 rifle, a ballistic vest, and various bomb construction manuals. A subsequent search of the alleged sovereign citizen extremist's residence yielded Molotov cocktail devices, a rifle, and an audio recording of the suspect discussing murder, hatred of the government, and doomsday scenarios. The individuals were charged with 14 counts of misconduct with explosives, 2 counts of misconduct with a weapon, and use of body armor during commission of a felony. No hearing date or trial has been scheduled.

» (U//LES) Self-identified sovereign citizen Lewis Pollard in June 2013 was shot and killed during a confrontation with police officers in Fruita, Colorado. According to Fruita police, Pollard was initially stopped for a minor traffic violation, which he resisted. After leaving the scene, he later verbally confronted law enforcement at his residence using sovereign citizen justifications for refusing law enforcement authority. Pollard then pointed a handgun at the officers, resulting in the fatal shooting. Open source reporting indicates Pollard was a self-identified member of the "Colorado Free State Republic," a chapter of the Republic for the united States of America (RuSA)[USPER] assessed by I&A to be the largest and most nationally-organized sovereign citizen extremist groups in the United States.

## (U)  Planned Violent Attacks Rare

(U//FOUO)  Sovereign citizen extremist violence is unpredictable because it is primarily reactive in nature and carried out by lone offenders, whose plots are extremely difficult to detect and disrupt by law enforcement. Though planned, violent attacks against law enforcement are rare; some sovereign citizen extremists are occasionally arrested for elaborate murder plots targeting law enforcement, while others strategically prepare for future violence through fortification of their homes and instigating possible violent confrontations.

» (U//LES)  The Las Vegas Metropolitan Police Department in August 2013 arrested two alleged sovereign citizen extremists for an alleged plot to kidnap and murder Nevada police officers to draw attention to the sovereign citizen movement. According to police reports, the individuals allegedly planned to use their own "sovereign court" to try the kidnapped police officers for treason and then execute them. The suspects built a makeshift jail in one of their homes, conducted surveillance on a Las Vegas police officer, and recorded videos to explain their motives. The individuals face a charge of conspiracy to commit kidnapping. Their trial is scheduled for 9 December 2013.

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE

Defendants' Answers to Plaintiff First Set of Interr. - Bates Stamp 600

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE

» (U//FOUO)  A Florida-based sovereign citizen extremist was arrested at his Pasco County home on 22 March 2013 on felony weapons charges after police discovered an "arsenal" of weapons.  An FBI affidavit indicated the subject illegally possessed at least six AK-style assault rifles and one .50-caliber rifle, and that he "conspired with other associates to commit violent acts against law enforcement personnel."  Weapons were allegedly strategically placed behind doors and windows to "fortify" the residence, according to media reporting of the affidavit.  The individual pled guilty in June 2013 and was sentenced to five years and three months in prison in October 2013.

» (U//LES)  A self-identified sovereign citizen in February 2012 visited a Los Angeles Sheriff's Department (LASD) station and a California Highway Patrol (CHP) office in southern California, engaged in "suspicious activity," and threatened to return with shotguns and "snipe" an LASD deputy after being denied access to a restricted area of the LASD station, according to DHS reporting.  The individual also informed a CHP officer that, as a sovereign citizen, he would take unspecified actions if he felt threatened by law enforcement personnel.  While at both police stations, the subject claimed sovereign citizenship and ordered law enforcement to vacate the property.

## (U)  Fictitious Entities and Identity Documents

(U//FOUO)  Some sovereign citizens and sovereign citizen extremists claim membership in fictitious sovereign nations or diplomatic entities to buttress their claims of immunity from federal, state, or local authority.  These representations have been used for identification purposes.  DHS remains concerned that individuals could attempt to use fraudulent documents to circumvent security for possible criminal purposes.

» (U//LES)  A member of the sovereign citizen group called the 'Embassy of Granville,' a fictitious diplomatic entity, sent an email in June 2013 to Georgia law enforcement threatening violence against any law enforcement officer who took action against embassy members.  According to federal law enforcement reporting, the email stated that if police officers did not "cease and desist" from "terrorist acts" and criminal behavior, "Mosaic Law" would be enforced and the "penalty for these crimes was death."*

» (U//LES)  Law enforcement officers in April 2012 seized a fictitious "World" passport of a self-identified sovereign citizen at the Tallahassee Regional Airport in Florida.  Law enforcement questioned the individual at a TSA security checkpoint after he failed to provide federal or state issued identification and identified himself as a sovereign citizen, according to DHS reporting.

---

* (U)  Mosiac Law is a reference to God's law in biblical times, specifically pertaining to the Ten Commandments.

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE

# (U) Sovereign Citizen Extremist Activities in Correctional Facilities

(U//FOUO)  While incarcerated, some adherents of the sovereign citizen movement, including the subset of sovereign citizen extremists, share tactics intended to interfere with law enforcement and judicial proceedings with other prisoners, including armed robbers, murderers, and homegrown violent extremists.  Although these tactics primarily entail filing false liens, frivolous lawsuits, and financial fraud schemes, some inmates have used these tactics to retaliate against judges, prosecutors, and court officials.  Some sovereign citizen extremists have also plotted violent acts while incarcerated.

» (U//FOUO)  A self-identified sovereign citizen in Texas was indicted in May 2013 for soliciting the murder of a federal judge presiding over his upcoming trial for filing false tax returns.  While in jail awaiting trial, the individual allegedly boasted to other inmates he was a sovereign citizen, immune from all laws of the United States, and wanted the judge killed because he was concerned about a long prison sentence, according to the criminal complaint.  Law enforcement authorities indicated that the individual provided another inmate with detailed instructions on how to kill the judge with a high-powered rifle and scope and by planting a bomb in his vehicle.  A trial date has not been scheduled.

---

**(U)  Source Summary Statement**

(U//FOUO)  The information used in this Assessment is drawn from open sources, FBI and other law enforcement reporting, DHS open source reporting, and court filings.  DHS has **high confidence** in the information obtained from court documents and those of other US government agencies.  DHS has **medium confidence** in the information obtained from open sources, which include media reports and Internet websites whose information is credibly sourced and plausible, but may contain biases or unintentional inaccuracies.  Some open source information has been corroborated through other law enforcement and government sources and is considered credible.  We have **medium to high confidence** in source reliability, which extends to judgments and conclusions made in this Assessment.

---

**(U)  Report Suspicious Activity**

(U)  To report suspicious activity, law enforcement, Fire-EMS, private security personnel, and emergency managers should follow established protocols; all other personnel should call 911 or contact local law enforcement.  Suspicious activity reports (SARs) will be forwarded to the appropriate fusion center and FBI Joint Terrorism Task Force for further action.  For more information on the Nationwide SAR Initiative, visit http://nsi.ncirc.gov/resources.aspx.

---

(U)  I&A would like to invite you to participate in a brief customer feedback survey regarding this product.  Your feedback is extremely important to our efforts to improve the quality and impact of our products on your mission.  Please see below to access the form and then follow a few simple steps to complete and submit your response.  Thank you.

(U)  **Tracked by:** HSEC-9.1. HSEC-9.2

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE

Defendants' Answers to Plaintiff First Set of Interr. - Bates Stamp 602

Homeland Security Bureau
# Southeast Florida Fusion Center

Situational Awareness/Officer Safety

**Date:** 07/17/2012

# Sovereign Citizen Tactics against Law Enforcement

The Southeast Florida Fusion Center (SEFFC) is providing information and awareness to assist law enforcement personnel of tactics and potential threats posed by sovereign citizens when encountered.

## Background and Overview

Anti-government organizations and individuals known as "Sovereign Citizens" continue to be active in Southeast Florida. A portion of individuals and groups associated with the sovereign citizen movement aren't violent, but rather use the movement to conduct financial schemes for economic self-interest.

However, some have directed violent actions against law enforcement officers who have contradicted their beliefs. Sovereign citizens do not believe in governmental law and often exercise their own "citizen's arrests" or takeovers of government buildings. Since 2000, six law enforcement officers have been killed by sovereign citizens nationwide.

> Sovereign citizens are anti-government networks of loosely affiliated individuals who believe they are exempt from federal, state and local governments. They have a firm belief that they are separate or "sovereign" from the United States, and therefore don't have to answer to any government authority, including courts, taxing entities, motor vehicle departments, or law enforcement.

Sovereign citizens often refuse to hold social security cards or driver's licenses, register their vehicles, and avoid using zip codes. Some sovereign citizen groups issue their members passports, driver licenses, license plates, and "official documents" that grant the carriers "diplomatic immunity." They claim these documents allow the holder to avoid traffic tickets, sidestep vehicle registration requirements, and can be used to open bank accounts.

> **Sovereign Citizens could potentially be a serious threat to law enforcement officers and communities that they operate in. Members of these groups have targeted law enforcement officers with acts of violence; falsify citizen complaints and other legal actions to include placing liens on their homes and civil law suits.**

HANDLING NOTICE: Recipients are reminded that the Southeast Florida Fusion Center Bulletin contain sensitive information meant for use primarily within the law enforcement and homeland security communities. Release of this material could adversely affect or jeopardize investigative activities. As such, Bulletins of this nature are not to be released either in written or oral form to the media, the general public, or other personnel who do not have a valid "need-to-know" without prior approval from the Southeast Florida Fusion Center.

## Sovereign Citizens Targeting Law Enforcement

Due to their disbelief in government authority, sovereign citizens will use several tactics to target law enforcement and government officials for personal gain or as retaliation against officials who they have encountered. These methods are used to intimidate and harass law enforcement personnel who are viewed as oppressive and illegitimate.

### Filing Fraudulent Liens

One of the most common tactics against law enforcement officers and public officials is referred to as **"Paper Terrorism"** a method in which frivolous liens, lawsuits, and other fictitious documents are filed by sovereign citizens in order to threaten and harass law enforcement and public officials. The purpose of this tactic is to intimidate government officials and inundate the court system with paperwork. With the availability of handbooks, audiotapes, seminars across the country, and information readily available on the internet, these methods can be easily taught and tried by a range of individuals.

One of the most effective and commonly used tactics by sovereign citizens is to file fraudulent liens on the property of law enforcement personnel. This is often done against officials they believe violated their "sovereign rights." Also, sovereign citizens believe that their personal names are trademarked and any "unauthorized" use of his/her name is a trademark violation, subject to financial compensation.

For example, if a sovereign citizen is stopped and ticketed for a traffic violation, as retaliation the sovereign citizen may: file a lien against the ticketing officer for the time spent during the traffic stop, the number of times the individuals name was written on the infraction, and if any time was spent under arrest.

If undetected as fraudulent and filed by the County Clerk's Office, liens can severely damage the victim's credit history. The victim is unable to obtain a credit card, loan, or sell any owned property. This becomes a huge burden to the victim who would have to spend time and money to remove the lien.

### Counteractive Procedures

In Miami- Dade County (MDC), there is no specific system put in place to identify fraudulent liens filed by sovereign citizens. Once a lien is initially filed, and if it has not been properly flagged by the magistrate, then the lien would be processed. Personnel have not been trained in identifying sovereign citizen documentation.

**Red Flags: Identifying Sovereign Documents**

- An @ symbol or copyright symbol placed after a person's name (symbolizing their "true" name)
- Names in all capital letters
- Putting punctuation before the surname
- Using terms or initials after the person's name, such as "sui juris" (referring to a Latin phrase that literally means "of one's own laws") or "SPC" (Secured Party Creditor, meaning that person is not a property of the state)
- Debtor and secured party have the same name (on legal filings)
- No zip code, or putting brackets around a zip code (so that the zip code is not an official part of the documentation)
- The phrase "debtor is transmitting utility" (meaning the real property is owned by the debtor)
- Use of the term "Employee ID Number" rather than "Social Security Number"
- Reference HJR 192 (House Joint Resolution 192, referring to the resolution Congress passed in 1933 to take the government off the gold standard)
- Gratuitous references to the Uniform Commercial Code (UCC), a statute that deals with commerce, the sale of goods, and negotiable instruments in commerce
- References to religious scripture

HANDLING NOTICE: Recipients are reminded that the Southeast Florida Fusion Center Bulletin contain sensitive information meant for use primarily within the law enforcement and homeland security communities. Release of this material could adversely effect or jeopardize investigative activities. As such, Bulletins of this nature are not to be released either in written or oral form to the media, the general public, or other personnel who do not have a valid "need-to-know" without prior approval from the Southeast Florida Fusion Center.

**Protective Measures for Law Enforcement**

Law enforcement officers should have their personal vehicles and driver's license information registered to police headquarters address.

F.S. 119.071 allows home addresses of property owners in certain professions such as law enforcement to be exempt from public access. This allows personal information of an individual and family to remain confidential from public records.

If you reside or own property in any of the following counties go on to the respective website.

Broward County:
http://www.broward.org/RECORDSTAXESTREAS URYRECORDS/Pages/Confidentiality.aspx

Miami-Dade County:
http://www.miamidade.gov/pa/public_records_addr ess_block.asp

Monroe County:
http://www.mcpafl.org/pdf/perm_addr_block.pdf

Palm Beach County:
http://www.co.palmbeach.fl.us/papa/ConfidentialRe cordsRequest.htm

Broward County- Personnel at the County Clerk's Office have received training in identifying sovereign citizen documents when presented for filing. The clerk's office has implemented a system in which any documentation received by a sovereign citizen attempting to file a lien is actually filed as information.

Palm Beach County- Information was received that currently there are no preventative checks in place to identify sovereign citizen documentation.

Law enforcement officers should keep alert of any potential directed actions against them when they have encountered a sovereign citizen. It is recommended to check your credit report often and run a query at the County Clerk of the Courts for any potentials filed liens. If you receive documentation stating that you owe money to someone detained by you while on duty, inform your chain-of-command and have it reviewed immediately by your agency's attorney.

## Initiating Contact with Law Enforcement Officers

Recently, the FBI reported that there is an increased interest by sovereign citizens to **intentionally initiate contact with law enforcement officers and interfere during traffic stops.** This type of activity can lead to hostile confrontations between sovereign citizens and law enforcement. Attempts by sovereign citizens against law enforcement officers are common; however mounted interest in proactively targeting law enforcement is a concern for officer safety.

- June 2012- Subject was previously identified by Boca Raton Police Department as a sovereign citizen. The Palm Beach Sheriff's Office deputies responded to a verbal request by a resident to appear at his home for an undisclosed reason. While present, the subject attempted to present the deputies with "official documentation" verifying his sovereign citizen status. The subject was upset that he was being harassed by federal agents and law enforcement officers that have been sent to his home to "spy" on him and his family. He stated to the deputies that their conversation was being recorded. The subject became confrontational and the deputies left the scene. Minutes later, the subject appeared at the community policing office to once again present his sovereign citizen papers to the deputies, where he became angry and confrontational. He was identified to be part of the "United Murrish American Aboriginal Republic."

- March 2012- During a traffic stop in California, a sovereign citizen presented the officer with a "Public Servant's Questionnaire" and demanded the officer to fill it out. The questionnaire asked for personal identification information from the officer. The "Public Servant's Questionnaire" tactic is widely used by sovereign citizens to delay the officer during a routine traffic stop. They place calls to other sovereign citizens and have them

HANDLING NOTICE: Recipients are reminded that the Southeast Florida Fusion Center Bulletin contain sensitive information meant for use primarily within the law enforcement and homeland security communities. Release of this material could adversely affect or jeopardize investigative activities. As such, Bulletins of this nature are not to be released either in written or oral form to the media, the general public, or other personnel who do not have a valid "need-to-know" without prior approval from the Southeast Florida Fusion Center.

appear on scene to video record the incident for later use during complaint and legal proceedings. While the tactic used in California has not been observed by the SEFFC, the increased use of video recording during traffic stops by sovereign citizens may result in similar activity to occur in the region.

## Sovereign Citizen Activity in Miami-Dade County

**U.S. Department of Transportation (DOT) License Plates:** The use of USDOT tags has been frequently used by sovereign citizens in MDC. The SEFFC detectives are conducting three separate investigations where sovereign citizen individuals are committing tax and mortgage fraud. During local traffic stops, individuals who claimed sovereign citizen's status were observed using USDOT numbers instead of license plates on their personal vehicles. Furthermore, the vehicles in question did not possess valid vehicle registrations. During the investigation phase, it was discovered that 15 additional USDOT license plates used throughout the county were linked to these individuals.


Fig. 1 USDOT tag identified in Miami-Dade

**Arrest of Sovereign Citizen:** The SEFFC received a call from the Miami-Dade Police Department Northside District, regarding an arrest of a sovereign citizen individual. The subject was arrested on a bench warrant for assault and failure to pay child support. Upon arrest, the subject had in his possession two forms of identifications bearing sovereign citizen insignia. From the identification it was revealed that the subject is affiliated with the **United Washitaw de Dugdahmoundyah/Mu'ur Nation.** MDC has 15 documented Mu'ur Nation sovereign citizens residing in the area.





The **Republic for the united States of America (RuSA)** is one of the most prominent groups identified with the sovereign citizen movement. Members belonging to the group, often times are aggressive towards law enforcement. Active members presently exist within our area of responsibility.

HANDLING NOTICE: Recipients are reminded that the Southeast Florida Fusion Center Bulletin contain sensitive information meant for use primarily within the law enforcement and homeland security communities. Release of this material could adversely affect or jeopardize investigative activities. As such, Bulletins of this nature are not to be released either in written or oral form to the media, the general public, or other personnel who do not have a valid "need-to-know" without prior approval from the Southeast Florida Fusion Center.



# Handling Sovereign Citizens

The below suggestions are based on prior law enforcement interactions with Sovereign Citizens:

## USE CAUTION!

Prior to making contact with a suspected Sovereign Citizen, it is recommended to request an additional unit due to their argumentative nature and potential for hostility.

Be alert of the possible presence of concealed weapons.

Due to a strong adherence to their beliefs, arguing political philosophy or legal interpretations with the subject may only further agitate the subject.

If the subject becomes agitated or hostile, attempt to postpone the confrontation until additional units arrive, or to a future date and location [i.e. courtroom].

It is important to photograph and seize any fraudulent documents, tags, licenses, etc. and to submit these as evidence. Those without valid identification or tags can be charged accordingly under Florida State Statutes.

**Note:** Following an encounter with a Sovereign Citizen, it is suggested that the responding officers periodically check for possible liens placed on their personal homes [i.e. through the county clerk of court].

## Sovereign Citizen Beliefs

The government – federal, state, and local – are illegitimate.

The only recognized law enforcement official is the elected Sheriff.

They are members of another system of government, either common law, township, Kingdom of Heaven, etc., that does not answer to any U.S. laws or codes.

They have an absolute right to completely unfettered travel.

Infringing on their "rights" is considered an **act of war.**

Although these beliefs are outlandish and invalid, in their mind they are **morally** and **legally** justified in taking **extreme action** to protect the rights they perceive are in jeopardy.

If contact is made with a Sovereign Citizen, please contact your local intelligence unit.



Central Florida Intelligence Exchange [CFIX]
407.858.3950
cfix@ocfl.net



# Handling Sovereign Citizens

The below suggestions are based on prior law enforcement interactions with Sovereign Citizens:

## USE CAUTION!

Prior to making contact with a suspected Sovereign Citizen, it is recommended to request an additional unit due to their argumentative nature and potential for hostility.

Be alert of the possible presence of concealed weapons.

Due to a strong adherence to their beliefs, arguing political philosophy or legal interpretations with the subject may only further agitate the subject.

If the subject becomes agitated or hostile, attempt to postpone the confrontation until additional units arrive, or to a future date and location [i.e. courtroom].

It is important to photograph and seize any fraudulent documents, tags, licenses, etc. and to submit these as evidence. Those without valid identification or tags can be charged accordingly under Florida State Statutes.

**Note:** Following an encounter with a Sovereign Citizen, it is suggested that the responding officers periodically check for possible liens placed on their personal homes [i.e. through the county clerk of court].

## Sovereign Citizen Beliefs

The government – federal, state, and local – are illegitimate.

The only recognized law enforcement official is the elected Sheriff.

They are members of another system of government, either common law, township, Kingdom of Heaven, etc., that does not answer to any U.S. laws or codes.

They have an absolute right to completely unfettered travel.

Infringing on their "rights" is considered an **act of war.**

Although these beliefs are outlandish and invalid, in their mind they are **morally** and **legally** justified in taking **extreme action** to protect the rights they perceive are in jeopardy.

If contact is made with a Sovereign Citizen, please contact your local intelligence unit.



Central Florida Intelligence Exchange [CFIX]
407.858.3950
cfix@ocfl.net



# Sovereign Citizen Indicators




**Peculiar License Plates**
- "UCC1-207" or other UCC codes
- British West Indies
- Washitaw Nation
- Kingdom of Heaven
- Republic of [any state]
- Variations of "sovereign citizen", "sovereign american", "common law"
- Biblical passages
- No license plate









**Strange statements from the driver or passenger, particularly in response to requests for license, registration, proof of insurance or other forms of identification**
- Reference of "contracts" or not being required to carry them
- Self-identify as "sovereign citizens", "non-resident aliens", "sovereigns", "common law citizens"
- Suggestion that Constitution or Bible give them a right to travel unregulated
- Belligerent requests for the officer to produce an arrest warrant

**Produces identification that does not seem valid or seems to identify themselves as some sort of law enforcement officer and/or government official**

**Strange car decorations**
- Homemade placards
- Signs in the windows or along tailgates

**Objections to requests for registration or license on the basis they are not driving a "commercial vehicle"**

**Subject hands the officer political literature or threatening documents to read or sign**

**Subject attempts to audiotape the conversations**

**Peculiar symbols or markings in signature line of valid drivers license**
- First Name-MN: Last Name ex. John-Joseph:Smith
- Copyright symbol
- Various Uniform Commercial Codes - UCC
- State statutes - FS 671-207
- Written statements such as "without prejudice" or "under protest"

# Sovereign Citizen Indicators












**Peculiar License Plates**
- "UCC1-207" or other UCC codes
- British West Indies
- Washitaw Nation
- Kingdom of Heaven
- Republic of [any state]
- Variations of "sovereign citizen", "sovereign american", "common law"
- Biblical passages
- No license plate

**Strange statements from the driver or passenger, particularly in response to requests for license, registration, proof of insurance or other forms of identification**
- Reference of "contracts" or not being required to carry them
- Self-identify as "sovereign citizens", "non-resident aliens", "sovereigns", "common law citizens"
- Suggestion that Constitution or Bible give them a right to travel unregulated
- Belligerent requests for the officer to produce an arrest warrant

**Produces identification that does not seem valid or seems to identify themselves as some sort of law enforcement officer and/or government official**

**Strange car decorations**
- Homemade placards
- Signs in the windows or along tailgates

**Objections to requests for registration or license on the basis they are not driving a "commercial vehicle"**

**Subject hands the officer political literature or threatening documents to read or sign**

**Subject attempts to audiotape the conversations**

**Peculiar symbols or markings in signature line of valid drivers license**
- First Name-MN: Last Name ex. John-Joseph:Smith
- Copyright symbol
- Various Uniform Commercial Codes - UCC
- State statutes - FS 671-207
- Written statements such as "without prejudice" or "under protest"

# The Sovereign Citizen Movement
## Law Enforcement Safety and Awareness




So-called sovereign citizens are anti-government extremists who reject the notion of U.S. citizenship. They claim to follow only God's laws and the amendments found in the original Bill of Rights. Sovereign citizens believe they are exempt from all state responsibilities associated with being a U.S. citizen, such as paying taxes, possessing a driver's license, registering vehicles, or holding a Social Security card. In addition, they do not generally recognize federal or state government authority or laws. Sovereign citizen groups are known for promoting fraudulent IDs, license plates, tax-exemption cards, passports and birth certificates, among others. Other activity includes fraudulent violations, redemption schemes, and documents that classify claim diplomatic and law enforcement privileges.

The sovereign citizen movement is a loosely organized collection of groups and individuals who have adopted an anti-government ideology. Adherents believe that virtually all existing government in the United States is illegitimate, and they seek to "redeem" an identified territorial government that never actually existed. As a result, they believe they don't have to answer to any government authority, including courts, taxing entities, motor vehicle departments, or law enforcement. Sovereign citizens frequently use a variety of harassment and intimidation tactics against the government and other forms of authority. The most popular tactic is termed "paper terrorism," referring to the filing of false liens against public officials in an attempt to clog the court systems.

## Prominent Sovereign Citizen Organizations

**Guardians of the Free Republic:** This group has been identified as being responsible for letters sent in Spring 2010 to all 50 governors, considered as direct threats, prompting a FBI investigation. The Guardians of the Free Republic operate a Website which describes the movement as a "vast college restoration strategy for regaining control of the government to the states quietly, efficiently and quickly without provoking controversy, ridicule, violence or civil war."

**Republic for the united States of America (RuSA):** Organization is led by an elected president. The RuSA not only considers itself the head of the organization, but also the "lawful" president of the United States. The organization is working to create a "shadow" government that will come to power and restore the nation to its original Constitution once the current government fails.

**Washitaw Nation:** Members contend that their ancestors resided in what is now the United States before the U.S. Constitution was written and are therefore not subject to any state or local laws. Operating from this mindset, sovereign citizens will rarely cooperate with law enforcement officers in giving their correct name, address, or other biographical information.






## Sovereign Citizens and Traffic Stops

**Indicators the Individual May Be Affiliated with a Sovereign Citizen Group:**

- May tell others their violations are enough to be issued.
- May refuse to cooperate with law enforcement and exercise their right to remain silent.
- May make statements regarding their 15th Amendment rights.
- When asked to present a DL, individuals may ask if this is a request or a demand.
- May provide strange responses to law enforcement questions that do not make sense. For example, when asked to present a DL, they may reply "no, not personally."
- May claim that they do not have a DL, and may present some other form of identification, such as a homemade form of ID.
- May claim that it is unconstitutional to require individuals to have a DL, and obey traffic laws.
- If an official asks DL is presented, they may claim the person is the payer or not there. They may claim the person is the payer is not human, but is a "non breathing commercial tel."
- If asked to provide a Social Security number for their DL, they may claim that this request is a violation of their privacy and is a violation of their rights.
- When signing law enforcement documents, they may write "under duress" beneath their signature or cite various Uniform Commercial Code (UCC).
- The vehicle may bear a fraudulent or homemade license plate.
- If affiliated with a sovereign citizen group, the individual may state they are licensed within that group's jurisdiction.

## Tactics Used During Traffic Stops

- Attempting to distract the officer with paperwork.
- Attempting to overload officer from performing his duty.
- Displaying a badge that identifies that suspect as a member of law enforcement.
- Identifying self as an official of the state.
- Displaying manufactured tags that represent the sovereign citizen republic.
- Being non-responsive.
- Concealing loaded weapons.
- Asserting the law does not require them to have necessary documentation or license, vehicle ownership or registration plate.

### Law Enforcement Measures:
- Maintain focus on situational safety.
- Maintain professional bearing.
- Be aware that you may be recorded and/or video taped.
- Apply verbal and tactical skills appropriately.
- Make every effort to identify the subject.
- Conduct complete background at being subordinate legal authority.
- Advise your supervisor of the contact.
- Request backup.
- Ensure your recordings and keep a warrant list.

## Sovereign Citizen Vehicle Documents and Plates Examples







## Sovereign Citizen Badges and Identification Card Examples











## Sovereign Citizen Warning to Law Enforcement Examples





The RISS Officer Safety website is being used to post information regarding potentially violent individuals such as those subscribing to sovereign citizen or hate group ideologies.

If your department has encountered or received information regarding such individuals, please contact ROCIC at 1-800-238-7985 or email us at riss@riss.net.

**Sovereign Citizen Tactics against Law Enforcement**                    Date: 07/17/2012 Page: 5 of 5

Given the recent rise in activity by sovereign citizens, law enforcement officers and the general public should continue to be aware of the potential threat they pose. The SEFFC will continue to monitor incidents and suspicious activities involving sovereign citizens. The SEFFC is requesting for similar incidents and/or information reports to be forwarded to seffc@mdpd.com or fax at (305) 470-3895.

Any law enforcement agencies that would like to receive free sovereign citizen training should contact Ira Rosenberg at Ira.Rosenberg@ic.fbi.gov or at (305)787-6717

HSEC-9.1
HSEC-9.2
HSEC-9.3
HSEC-9.8

Prepared by: Intelligence Analyst

Sources:
Federal Bureau of Investigation (FBI) - "Sovereign Citizens-A Growing Domestic Threat to Law Enforcement" September 2011
Federal Bureau of Investigation (FBI) - "Recent Sovereign Citizen Extremists targeting law enforcement highlights potential violence during traffic stops" June 1, 2012
Regional Organized Crime Information Center (ROCIC) - "Paper Terrorism: Extremists threaten and harass law enforcement w/ frivolous and false lawsuits and legal maneuvers" 2012
Miami Dade Police Department (MDPD) - Homeland Security Bureau (HSB)
Federal Bureau of Investigation (FBI) - Joint Terrorism Task Force (JTTF)
Southeast Florida Fusion Center (SEFFC) North Operations
Palm Beach Sheriff's Office (PBSO) - Case Number 12-088634
San Diego Police Department (SDPD) Criminal Intelligence Unit- "Sovereign Citizen Tactics" April 8, 2012
Florida Statute 119.071

Distribution:
Regional Sworn Personnel
Regional Analysts
Southeast Florida Fusion Center Partners
RISS/LEO/HSIN
Southeast Florida Virtual Fusion Center (VFC)

HANDLING NOTICE: Recipients are reminded that the Southeast Florida Fusion Center Bulletin contain sensitive information meant for use primarily within the law enforcement and homeland security communities. Release of this material could adversely affect or jeopardize investigative activities. As such, Bulletins of this nature are not to be released either in written or oral form to the media, the general public, or other personnel who do not have a valid "need-to-know" without prior approval from the Southeast Florida Fusion Center.

# Sovereign Citizens

All info "borrowed" from MIOC, DOJ, BJA, SLATT, Southern Poverty Law Center

Take away one thing that you didn't know prior and I'm happy happy.



Jerry Ralph Kane, Jr.

September 17, 2013

# Learning Objectives

- Understand
  - Various types of ideologies that may pose a threat to officers
  - Officer safety issues that may arise during encounters
  - Investigative strategies unique to criminal domestic extremists
- Recognize the indicators that may assist in identifying those who may pose a threat

# Domestic Terrorism Defined

- Groups or individuals who commit criminal or violent antigovernment acts to fulfill a political purpose
- No ideological influence from outside the United States
- Homegrown extremist antigovernment ideology

# The Threat Is Real



September 17, 2013

- St. John the Baptist Parish, Louisiana
  - Two officers killed, one wounded in an ambush-style attack
  - Subjects opened fire on a deputy working off-duty in an oil refinery parking lot
    - Deputy called for assistance
    - Responding units reported being fired upon by a fleeing vehicle
  - Two deputies found the suspects' vehicle in a mobile home park and detained two subjects from inside the home
    - A third subject exited through a rear door, came around the mobile home, and opened fire on the officers, killing both
    - Responding units reported seeing one subject standing over an officer and shooting him with a high-powered rifle

# The Threat Is Real






- St. John the Baptist Parish, Louisiana suspects
  - Tony Smith—previous encounter with a nearby sheriff's office
    - Claimed to be a sovereign citizen during a stop
    - Numerous YouTube and Myspace postings related to sovereign citizen ideology
  - Kyle Joekel—fugitive from Nebraska and Kansas
    - Made statements and threats about killing law enforcement officers

# Loss of Law Enforcement Lives

September 17, 2013

- Since 2000, 31 law enforcement officers have been killed in 22 incidents in which at least one of the suspects was a right-wing criminal extremist



## State and Local Officers Often Have Initial Contact

- 100% of 22 officer incidents since 2000 involved local or state law enforcement officers

# Current Trends

- Political action
- Fewer groups
  - Deaths/imprisonment of national leaders
  - Major groups fractionalized
- Anti-immigration
- Lack of strong, unified organization and funding

# Current Trends



- Frustration over 2008/2012 elections
  - Stormfront site had 400,000 hits the day after the 2008 election
- Two assassination attempts prior to the 2008 inauguration
- Fear that government will confiscate firearms
- Belief in the approaching collapse of government and the economy

# Current Trends

- Individuals/small groups vs. large organizations
  - Lone wolf
- Internet
  - Recruit
  - Spread philosophy
  - Obtain information
- Younger members join military
- Attempts to obtain law enforcement positions

# Patriot Groups/Constitutionalists

**WARNING**

TO ALL FEDERAL, STATE, COUNTY
AND LOCAL MUNICIPAL ENTITIES
AND THEIR AGENTS OR OFFICIALS

## DO NOT TRESPASS

RESTRICTED ALLODIAL LAND

**18 USC 241 & 242**

LAND USE FEE IS $250,000 PER PERSON
AND/OR $500,000 PER ORGANIZATION
PER DAY OR ANY PART THEREOF
AS VALUED BY 18 USC PART II, CHAPTER
227, SUBCHAPTER C, 3571
ALL RIGHTS RESERVED UCC 1-308 / 1-207

September 17, 2013

- Government not legitimate
- Concept of common law
  - Posse Comitatus
  - Government wants to disarm citizens
- Taxes/license fees illegal
- Sovereign citizen concept
- New World Order supporters
- Constitution has been subverted
- Racially or politically motivated
- Each person is a government unto themselves

# Moorish Nationals



- Claims
  - Descendants of Native Americans
  - Descended from ancient Moors or Egyptians
  - Not citizens—independent nation
  - Special status based on pre-Civil War slavery issues



SOVEREIGN
PRIVATE PROPERTY
IMMUNITY DECLARED AT LAW
NON - COMMERCIAL
AMERICAN

# Plates and Plaquards



WITHOUT PREJUDICE
UCC1-207
U.S.A

TC230-649
BWI

WASHITAW
000-000
DROIT   DROIT

# New Black Panther Party



September 17, 2013

- Claims all African Americans are tax-exempt
- Antigovernment
- Antipolice
- Blame September 11 attacks on Israel
- Pro-Palestine
- Recruiting in correctional facilities
- YouTube video calls for ambushing police officers

# Racial Objectives



September 17, 2013

- The New Israel must be secured for God's children
- United States is the New Israel
- Only whites—"Aryans"—are children of God
  - Jews are the seed of Satan/Two-Seed line Theory
  - Other races do not have souls
  - Cain is the son of Eve and Satan and the father of the Jewish race

# Norman Somerville Case (Michigan)



September 17, 2013

- Investigation started by county sheriff after reports of automatic weapons fire







# Alabama Free Militia

- Case started by state conservation agent

Defendants' Answers to Plaintiff First Set of Interr. - Bates Stamp 627



# Joseph Stack

September 17, 2013

- Austin, Texas, IRS building
- History of tax-protest involvement
- Believed IRS had a personal vendetta against him

# Schaeffer Cox—Alaska



September 17, 2013

- 241 Plan
  – Kill two officers if Cox was killed
- Assault plan on courthouse
- Plans to attack local law enforcement
- Surveillance on local law enforcement officers

# Cleveland and Toccoa, Georgia

- Group attempted to obtain ricin and planned to disperse ricin along highways in the Atlanta, Georgia, area
- Planned attacks on government buildings
- Called themselves "Covert Group"



# Black Snake Militia—Minnesota



September 17, 2013

- Montevideo, Minnesota
- Bucky Rodgers
  - Search revealed weapons, pipe bombs, explosive components
  - Indictment indicated they may have been targeting local police department
  - Social media postings had antigovernment, white-supremacist, and sovereign citizen comments
- Several small groups around the country
  - Formed in New Mexico



# Las Vegas, Nevada

- David Brutsche and Devon Newman were indicted on criminal charges
  – Planned to abduct a police officer, hold a sovereign citizen trial, and execute the officer
  – Conducted surveillance and videotaped the officer during a traffic stop
  – Had a vacant house set up as a torture room
- An undercover operation brought the case to its conclusion

# Investigative Strategies





• May indicate involvement in a criminal extremist group

- Group literature on person
- Vehicle bumper stickers or signs
- Tattoo
- Clothing
- 168 to 1 or 168/1: Oklahoma City

# Investigative Strategies



September 17, 2013



- Indicators
  - Unusual quantities of weapons and ammunition
  - Preference for weapons
    - Easily converted to full auto
    - Possible to convert to full auto
  - Bunker mentality
    - Fortify residence or meeting area
    - Express dislike for government on contact
  - County sheriff may have more influence due to Posse Comitatus philosophy

# Investigative Strategies





- Fraudulent identification documents/licenses
  - Increasing use of fraudulent law enforcement identification

# Investigative Strategies



- Members can be highly mobile and covert
- May have access to
  - Money
  - Weapons
  - Forged documents
  - Support

# Investigative Strategies

- Contact may be associated with other offenses
  - Traffic stops
  - Protection orders
  - Warrant service
- Atypical criminal response
  - Attack mode
  - Motivated by cause
  - View law enforcement as agent of enemy
  - Usually well-armed

The video shown in class, Ohio Shoot-Out, is not available for distribution.

# Investigative Strategies



September 17, 2013

- Groups conduct intelligence operations
  - On possible targets
  - On police and response personnel
- Groups vulnerable during intelligence gathering
  - Operate in open
  - Out of place
  - Request specific info
  - Photograph at odd times/ locations
  - Test security procedures

# Proactive Strategies



- Proactive/reactive responses
- Identify community key assets—
  may also be targets for attacks or
  thefts of materials
  - Hospitals
  - Biotech firms
  - Academe
  - Utilities
- Report the unusual
  - Communities Against Terrorism
    initiative

# Proactive Strategies



September 17, 2013

- Conduct threat analysis on potential targets
- Educate staff and security personnel
  - Evacuation
  - Report the unusual
- Develop relationships
  - Farm supply dealers
  - Chemical dealers
  - Biotech firms
  - Biohazard removal firms
  - Storage facilities
  - Gun dealers
- Ask about customers who make unusual purchases

# Proactive Strategies



- Develop relationships with surface carriers
  - Some explosives, chemicals, and biohazard materials may be transported only by surface carrier
- Develop intelligence sharing capability
  - Correctional departments
  - Other agencies
  - Private firms (limited)
  - JTTF/fusion center

# Summary

Walter Fitzpatrick III

- Sovereign citizens
  - Recognize the authority of only the county sheriff
  - Believe they are exempt from taxes and license fees
- Criminal domestic extremists
  - Pose a significant physical threat to law enforcement authorities
  - Tend to conduct intelligence operations on potential targets and law enforcement officers
  - New groups, such as Moorish nationals, are emerging