UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

BRIAN GUILFORD, as Personal Representative
of the Estate of Deven Guilford,

       Plaintiff,                            Case No. 15-1053

v.                                          Hon. Paul L. Maloney
                                               Mag. Ray Kent

SGT. JONATHON FROST,
in his individual capacity

       Defendants.
_____/

| Hugh M. Davis (P12555) | James L. Dyer (P32544) |
|---|---|
| Cynthia Heenan (P53664) | Shaina Reed (P74740) |
| John C. Philo (P52721) | Andrew J. Brege (P71474) |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Frost* |
| Constitutional Litigation Associates, P.C. | Johnson Rosati Schultz & Joppich PC |
| 450 W. Fort St., Ste. 200 | 822 Centennial Way Ste 270 |
| Detroit, MI 48226 | Lansing, MI 48917 |
| 313-961-2255/fax: 313-922-5130 | 517-886-3800/Fax: (517) 886-9154 |
| Davis@ConLitPC.Com | jdyer@jrsjlaw.com |
| Heenan@ConLitPC.com | sreed@jrsjlaw.com |
| Philo@ConLitPC.Com | abrege@jrsjlaw.com |

Stephen Sinas (P71039)
James Graves (P14288)
*Co-Counsel for Plaintiff*
Sinas Dramis Brake Boughton & McIntyre, PC
3380 Pinetree Rd
Lansing, MI 48911
517-394-7500/Fax: 517-394-7510
stevesinas@sinasdramis.com
jimgraves@sinasdramis.com
_____/

**PLAINTIFF'S RESPONSE TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT (DKT. 53)**

**ORAL ARGUMENT REQUESTED**

NOW COMES Plaintiff, Brian Guilford, as Personal Representative of the Estate of Deven Guilford, by and through counsel, Cynthia Heenan, Hugh M. Davis and John Philo of Constitutional Litigation Associates, P.C. and Responds to Defendant's Motion for Summary Judgment that Defendant Frost is not entitled to qualified immunity on any of Plaintiff's allegations and that material dispute of fact preclude summary judgment on all of Plaintiff's claims, as set from in Plaintiff's Brief in Support of this Response.

Respectfully submitted,

__s/Cynthia Heenan_____
Cynthia Heenan (P53664)
*Co-Counsel for Plaintiff*
Constitutional Litigation Associates, P.C.
450 W. Fort St., Ste. 200
Detroit, MI 48226
(313) 961-2255/Fax: (313) 922-5130
Heenan@ConLitPC.Com

F:\Cases\Guilford, Deven\Pldgs\Drafts\Pltf's Resp to Def's MSJ (2017-05-25).docx