*Law Offices*
## CONSTITUTIONAL LITIGATION ASSOCIATES, P.C.

THE MERCIER BUILDING
450 W. FORT ST., STE. 200
DETROIT, MICHIGAN 48226
(313) 961-2255/Fax: (313) 922-5130
INFO@CONLITPC.COM

DAVIS@CONLITPC.COM
HUGH M. DAVIS
HEENAN@CONLITPC.COM
CYNTHIA HEENAN

**Of Counsel:**
Shaun Godwin
Timothy Holloway
Scott M. Mackela
John C. Philo

June 2, 2017

**FILED - GR**
June 5, 2017 11:05 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: ns /_____ Scanned: _____

*US Reg. Mail*
Clerk of the Court
United States District Court
399 Federal Bldg.
110 Michigan St., NW
Grand Rapids, MI 49503

Re:   *Guilford v. Eaton County, et al.; WDMI No. 15-1053; Hon. Paul Maloney*

Dear Court Clerk:

Enclosed for filing with this Court, please find Exhibit 14 to Plaintiff's Response to Defendant's Motion for Summary Judgment (ECF 60), which was e-filed on 5/31/17. Please attach this exhibit to the Brief in Support. A copy of this exhibit has been sent directly to Judge Maloney with his Judge's copy.

Please do not hesitate to contact the office with any questions or concerns.

Sincerely,

Cynthia Heenan

CH:jr

Enclosure

cc:   Hon. Paul Maloney
      James Dyer

F:\Cases\Guilford, Deven\Ltrs\2017-06-01 To Clerk of Court Re Ex. 14.docx

Cynthia Heenan
450 W. Fort St., Ste. 200
Detroit, MI 48226



UNITED STATES POSTAGE
PITNEY BOWES
02 1P    $001.25⁰
0000552950  JUN 02 2017
MAILED FROM ZIP CODE 48226

Clerk of the Court, U.S. District Court
399 Federal Bldg.
110 Michigan St., NW
Grand Rapids, MI 49503



*FRAGILE*

DVD Enclosed