***BRIAN GUILFORD, as Personal Representative of the Estate of Deven Guilford v
SGT. JONATHON FROST***

**Case No. 15-cv-01053**

**CERTIFICATE REGARDING CONCURRENCE
REGARDING MOTION REQUESTING STAY OF PROCEEDINGS PENDING APPEAL**

**Exhibit 1 – Heenan Email**

# Margo VanAlstine

| | |
|---|---|
| **From:** | Cynthia Heenan <Heenan@ConLitPC.com> |
| **Sent:** | Sunday, September 10, 2017 11:36 AM |
| **To:** | Jim Dyer; Margo VanAlstine |
| **Cc:** | Constitutional Litigation Assoc. P.C.; Hugh M. Davis; John Philo; Scott Mackela; stevesinas@sinasdramis.com; jimgraves@sinasdramis.com |
| **Subject:** | Guilford - plaintiff draft language for concurrence regarding stay |

Jim, see below. Thanks, Cynthia


The Plaintiff will stipulate to a stay of proceedings in the trial court, after and/or effective when the Court-ordered Settlement Conference, scheduled for September 27, 2017, is completed. Plaintiff's stipulation on the basis of practical and judicial economy only and it is not intended as a concession that there is merit to Defendant's appeal.


Cynthia Heenan
Constitutional Litigation Associates, P.C.
450 W. Fort Street, Suite 200
Detroit, MI 48226
313-961-2255, Ext. 1/Fax: 313-922-5130
Heenan@ConLitPC.com

**Confidentiality Statement:**
This message (including any attachments) is intended only for the individual or entity to which it is addressed. It may contain privileged, confidential information that is exempt from disclosure under applicable laws. If you are not the intended recipient, please note that you are strictly prohibited from disseminating or distributing this information (other than to the intended recipient) or copying this information. If you have received this communication in error, please notify us immediately by email or by telephone at (313) 961-2555.

This communication may be unlawfully collected and stored by the National Security Agency (NSA) in secret. The parties to this email do not consent to the retrieving or storing of this communication and any related metadata, as well as printing, copying, retransmitting, disseminating, or otherwise using it. If you believe you have received this communication in error, please delete it immediately.