UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIAN GUILFORD, Personal Representative of the Estate of Deven Guilford,

    Plaintiff,

v.

JONATHON FROST,

    Defendant.

_____/

HONORABLE PAUL L. MALONEY

Case No. 1:15-cv-1053

## ORDER TAKING MOTION UNDER ADVISEMENT

Before the Court is Defendant Frost's Motion Requesting Stay of Proceedings Pending Appeal (ECF No. 74). Frost seeks a stay of this matter until resolution of his pending appeal of this Court's denial of summary judgment based on qualified immunity to the Sixth Circuit Court of Appeals (ECF No. 73, Notice of Appeal). Plaintiff does not oppose a stay, but requests the stay enter after the scheduled settlement conference. Upon due consideration of the motion by the Court, the motion is TAKEN UNDER ADVISEMENT until completion of the September 27, 2017 settlement conference.

**IT IS SO ORDERED**.

Date: September 14, 2017

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge