UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

BRIAN GUILFORD, as Personal Representative
of the Estate of Deven Guilford,

       Plaintiff,                    Case No. 15-1053
v.                                        Hon. Paul L. Maloney
                                        Mag. Ray Kent

SGT. JONATHON FROST,
in his individual capacity

       Defendants.
_____/

| | |
|---|---|
| Hugh M. Davis (P12555) | James L. Dyer (P32544) |
| Cynthia Heenan (P53664) | Shaina Reed (P74740) |
| John C. Philo (P52721) | Andrew J. Brege (P71474) |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Frost* |
| Constitutional Litigation Associates, P.C. | Johnson Rosati Schultz & Joppich PC |
| 450 W. Fort St., Ste. 200 | 822 Centennial Way Ste 270 |
| Detroit, MI 48226 | Lansing, MI 48917 |
| 313-961-2255/Fax: 313-922-5130 | 517-886-3800/Fax: 517- 886-9154 |
| Davis@ConLitPC.Com | jdyer@jrsjlaw.com |
| Heenan@ConLitPC.com | sreed@jrsjlaw.com |
| Info@ConLitPC.Com | abrege@jrsjlaw.com |
| Philo@ConLitPC.Com | |

Stephen Sinas (P71039)
James Graves (P14288)
*Co-Counsel for Plaintiff*
Sinas Dramis Brake Boughton & McIntyre, PC
3380 Pinetree Rd
Lansing, MI 48911
517-394-7500/Fax: 517-394-7510
stevesinas@sinasdramis.com
jimgraves@sinasdramis.com
_____/

## **NOTICE OF SETTLEMENT ON APPEAL; JOINT MOTION FOR INDICATIVE RULING TO EFFECT TERMS OF SETTLEMENT**

The parties hereby provide notice of their settlement of all matters in dispute, subject to this Court willingness to take certain action necessary to effectuate the settlement.  Accordingly, pursuant to Rule 62.1 of the Federal Rules of Civil Procedure, the parties jointly request an indicative ruling that the Court will, upon remand from the Sixth Circuit Court of Appeals, proceed with such requested action.

While on appeal, the parties participated in mediation discussions under Rule 33 of the Sixth Circuit Rules, and they reached a settlement agreement, the terms of which require certain action by this Court.  Specifically, one of the terms of settlement is approved by the District Court of the settlement and distribution pursuant to the Michigan Wrongful Death Act.

The parties therefore respectfully request that this Court enter the attached  proposed Order indicating that it will accept the limited remand from the Court of Appeals and proceed to approval by the District Court of the settlement and distribution pursuant to the Michigan Wrongful Death Act.

Respectfully submitted,

| | |
|---|---|
| _/s/Cynthia Heenan_____ | __/s/with permission of James Dyer__ |
| Cynthia Heenan (P53664) | James L. Dyer (P32544) |
| ***Attorney for Plaintiff*** | ***Attorney for Defendant Frost*** |
| Constitutional Litigation Associates, P.C. | Johnson Rosati Schultz & Joppich PC |
| 450 W. Fort St., Ste. 200 | 822 Centennial Way Ste 270 |
| Detroit, MI 48226 | Lansing, MI  48917 |
| (313) 961-2255/Fax: (313) 922-5130 | (517) 886-3800/Fax: (517) 886-9154 |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

BRIAN GUILFORD, as Personal Representative
of the Estate of Deven Guilford,

       Plaintiff,                             Case No. 15-1053

v.                                           Hon. Paul L. Maloney
                                              Mag. Ray Kent

SGT. JONATHON FROST,
in his individual capacity

       Defendants.
_____/

## CERTIFICATE OF SERVICE

Please take notice that on December 5, 2017, Jillian Rosati, served ***Notice of Settlement on Appeal, Joint Motion for Indicative Ruling to Effect Terms of Settlement, Proposed Order Regarding Settlement,*** along with this ***Certificate of Service*** to all parties of counsel listed below via email by using the Court's Electronic Filing System:

- **Hugh M. Davis , Jr**
  Info@ConLitPC.com,Heenan@ConLitPC.com
- **James L. Dyer**
  jdyer@jrsjlaw.com,mvanalstine@jrsjlaw.com
- **James F. Graves**
  jimgraves@sinasdramis.com,jackiecribley@sinasdramis.com,sherrierickson@sinasdramis.com
- **Cynthia Heenan**
  Info@ConLitPC.com
- **Stephen Howard Sinas**
  stevesinas@sinasdramis.com,tlgriffes@sinasdramis.com,nancygibson@sinasdramis.com

                                              By:__*s/Jillian R. Rosati*_____
                                              Constitutional Litigation Associates, P.C.

F:\Cases\Guilford, Deven\WDMI\Pldgs\Ntc of Settlement on Appeal, Joint M-for Indicative Ruling to Effect Terms of Settlement (2017-11-22).docx